**Fill in this information to identify your case:**

Debtor 1  JOHN      MICHAEL CHRISTIAN      WOODRUFF
         First Name    Middle Name           Last Name

Debtor 2 _____
(Spouse, if filing) First Name   Middle Name   Last Name

United States Bankruptcy Court for the:  Middle District of Georgia

Case number _____
(If known)

☐ Check if this is an amended filing

FILED
U.S. Bankruptcy Court
JAN 23 2017
Middle District of Georgia

Official Form B 3B

# Application to Have the Chapter 7 Filing Fee Waived     12/14

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

## Part 1: Tell the Court About Your Family and Your Family's Income

1. **What is the size of your family?**
   Your family includes you, your spouse, and any dependents listed on *Schedule J: Current Expenditures of Individual Debtor(s)* (Official Form 6J).

   Check all that apply:
   ☑ You
   ☐ Your spouse
   ☐ Your dependents _____ How many dependents?
   
   _____ Total number of people

2. **Fill in your family's average monthly income.**
   Include your spouse's income if your spouse is living with you, even if your spouse is not filing.
   Do not include your spouse's income if you are separated and your spouse is not filing with you.

   Add your income and your spouse's income. Include the value (if known) of any non-cash governmental assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
   If you have already filled out *Schedule I: Your Income*, see line 10 of that schedule.

   | | That person's average monthly net income (take-home pay) |
   |---|---|
   | You | $ 1,129.76 |
   | Your spouse + | $ _____ |
   | Subtotal | $ 1,129.76 |

   Subtract any non-cash governmental assistance that you included above.     − $ 103.67

   **Your family's average monthly net income**     Total  $ 1,026.09

3. **Do you receive non-cash governmental assistance?**
   ☑ No
   ☐ Yes. Describe...
   
   Type of assistance: no longer receiving SNAP as of 12/31/2016

4. **Do you expect your family's average monthly net income to increase or decrease by more than 10% during the next 6 months?**
   ☐ No
   ☑ Yes. Explain...
   
   Petitioner is presently unemployed and a job offer was withdrawn on 01/22/2017. Petitioner is seeking employment and expects to find employment soon.

5. **Tell the court why you are unable to pay the filing fee in installments within 120 days.** If you have some additional circumstances that cause you to not be able to pay your filing fee in installments, explain them.
   
   Petitioner cannot predict when he will obtain employment, nor whether such employment will be full time or part time.

Official Form B 3B                Application to Have the Chapter 7 Filing Fee Waived                page 1

Debtor 1  JOHN          MICHAEL CHRISTIAN      WOODRUFF
          First Name    Middle Name            Last Name

Case number (if known) _____

## Part 2: Tell the Court About Your Monthly Expenses

**6. Estimate your average monthly expenses.**
Include amounts paid by any government assistance that you reported on line 2.    $ 1,393.02

If you have already filled out *Schedule J, Your Expenses,* copy line 22 from that form.

**7. Do these expenses cover anyone who is not included in your family as reported in line 1?**
☑ No
☐ Yes. Identify who........

**8. Does anyone other than you regularly pay any of these expenses?**
☑ No
☐ Yes. How much do you regularly receive as contributions? $_____ monthly

If you have already filled out *Schedule I: Your Income,* copy the total from line 11.

**9. Do you expect your average monthly expenses to increase or decrease by more than 10% during the next 6 months?**
☑ No
☐ Yes. Explain ................

## Part 3: Tell the Court About Your Property

If you have already filled out *Schedule A: Real Property (Official Form B 6A)* and *Schedule B: Personal Property (Official Form B 6B),* attach copies to this application and go to Part 4.

**10. How much cash do you have?**
*Examples:* Money you have in your wallet, in your home, and on hand when you file this application
Cash:  $ 13.00

**11. Bank accounts and other deposits of money?**
*Examples:* Checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, and other similar institutions. If you have more than one account with the same institution, list each. Do not include 401(k) and IRA accounts.

| | Institution name: | Amount: |
|---|---|---|
| Checking account: | | $ |
| Savings account: | ALABAMA CREDIT UNION | $ 7.64 |
| Other financial accounts: | GREEN DOT BANK | $ 111.77 |
| Other financial accounts: | | $ |

**12. Your home?** (if you own it outright or are purchasing it)
*Examples:* House, condominium, manufactured home, or mobile home

Number   Street _____
City _____ State ____ ZIP Code ____

Current value: $_____
Amount you owe on mortgage and liens: $_____

**13. Other real estate?**

Number   Street _____
City _____ State ____ ZIP Code ____

Current value: $_____
Amount you owe on mortgage and liens: $_____

**14. The vehicles you own?**
*Examples:* Cars, vans, trucks, sports utility vehicles, motorcycles, tractors, boats

Make: TOYOTA
Model: CAMRY LE
Year: 2005
Mileage: 134,634

Current value: $ 3,350.00
Amount you owe on liens: $ 3,043.99

Make: _____
Model: _____
Year: _____
Mileage: _____

Current value: $_____
Amount you owe on liens: $_____

Official Form B 3B    Application to Have the Chapter 7 Filing Fee Waived    page 2

Debtor 1  JOHN          MICHAEL CHRISTIAN    WOODRUFF          Case number (if known) _____
          First Name    Middle Name          Last Name

| 15. Other assets?<br>Do not include household items and clothing. | Describe the other assets:<br>6 shares Southern Company | Current value: $294.36<br>Amount you owe on liens: $0.00 |
|---|---|---|

16. **Money or property due you?**
    *Examples*: Tax refunds, past due or lump sum alimony, spousal support, child support, maintenance, divorce or property settlements, Social Security benefits, Workers' compensation, personal injury recovery

    Who owes you the money or property?    Pamela Nicole Counselman

    How much is owed? $3,000.78

    Do you believe you will likely receive payment in the next 180 days?
    ☐ No
    ☑ Yes. Explain: Petitioner intends to commence garnishmet

## Part 4: Answer These Additional Questions

17. Have you paid anyone for services for this case, including filling out this application, the bankruptcy filing package, or the schedules?
    ☑ No
    ☐ Yes. Whom did you pay? *Check all that apply:*
       ☐ An attorney
       ☐ A bankruptcy petition preparer, paralegal, or typing service
       ☐ Someone else _____
    How much did you pay? $_____

18. Have you promised to pay or do you expect to pay someone for services for your bankruptcy case?
    ☑ No
    ☐ Yes. Whom do you expect to pay? *Check all that apply:*
       ☐ An attorney
       ☐ A bankruptcy petition preparer, paralegal, or typing service
       ☐ Someone else _____
    How much do you expect to pay? $_____

19. Has anyone paid someone on your behalf for services for this case?
    ☑ No
    ☐ Yes. Who was paid on your behalf? *Check all that apply:*
       ☐ An attorney
       ☐ A bankruptcy petition preparer, paralegal, or typing service
       ☐ Someone else _____
    Who paid? *Check all that apply:*
       ☐ Parent
       ☐ Brother or sister
       ☐ Friend
       ☐ Pastor or clergy
       ☐ Someone else _____
    How much did someone else pay? $_____

20. Have you filed for bankruptcy within the last 8 years?
    ☐ No
    ☑ Yes. District GAMB      When 07/17/2015    Case number 15-70800
                                   MM/DD/YYYY
           District _____   When _____     Case number _____
                                   MM/DD/YYYY
           District _____   When _____     Case number _____
                                   MM/DD/YYYY

## Part 5: Sign Below

By signing here under penalty of perjury, I declare that I cannot afford to pay the filing fee either in full or in installments. I also declare that the information I provided in this application is true and correct.

x /s/ John M. Woodruff Jr.                    x _____
Signature of Debtor 1                            Signature of Debtor 2

Date 01/22/2017                               Date _____
    MM / DD / YYYY                                MM / DD / YYYY

Official Form B 3B        Application to Have the Chapter 7 Filing Fee Waived        page 3

| Fill in this information to identify the case: | | |
|---|---|---|
| Debtor 1 | JOHN        MICHAEL CHRISTIAN        WOODRUFF | |
| | First Name    Middle Name    Last Name | |
| Debtor 2 | | |
| (Spouse, if filing) First Name    Middle Name    Last Name | | |
| United States Bankruptcy Court for the: | Middle District of Georgia | |
| Case number (If known) | _____ | |

# Order on the Application to Have the Chapter 7 Filing Fee Waived

After considering the debtor's *Application to Have the Chapter 7 Filing Fee Waived* (Official Form B 3B), the court orders that the application is:

**[ ] Granted.** However, the court may order the debtor to pay the fee in the future if developments in administering the bankruptcy case show that the waiver was unwarranted.

**[ ] Denied.** The debtor must pay the filing fee according to the following terms:

        **You must pay...**        **On or before this date...**

        $_____        _____
                              Month / day / year

        $_____        _____
                              Month / day / year

        $_____        _____
                              Month / day / year

+   $_____        _____
                              Month / day / year

**Total**

If the debtor would like to propose a different payment timetable, the debtor must file a motion promptly with a payment proposal. The debtor may use *Application for Individuals to Pay the Filing Fee in Installments* (Official Form B 3A) for this purpose. The court will consider it.

The debtor must pay the entire filing fee before making any more payments or transferring any more property to an attorney, bankruptcy petition preparer, or anyone else in connection with the bankruptcy case. The debtor must also pay the entire filing fee to receive a discharge. If the debtor does not make any payment when it is due, the bankruptcy case may be dismissed and the debtor's rights in future bankruptcy cases may be affected.

**[ ] Scheduled for hearing.**

A hearing to consider the debtor's application will be held

on _____ at _____ AM / PM at _____.
    Month / day / year                                         Address of courthouse

If the debtor does not appear at this hearing, the court may deny the application.

_____         **By the court:** _____
Month / day / year                                         United States Bankruptcy Judge