# United States Bankruptcy Court

Middle District of Georgia

901 Front Avenue
P.O. Box 2147
Columbus, GA 31902
Telephone number: (706) 649–7837

In re:

John Michael Christian Woodruff
dba John Woodruff Semantics

Debtor(s)

Case No. 17–70070 jtl

You recently filed a voluntary petition in the United States Bankruptcy Court and have elected to proceed without an attorney. Appearing pro se (that is, without an attorney) can be very challenging. The rules of the Bankruptcy Court are very technical and a misstep may affect your rights or those of your creditors in a negative way.

**The Court strongly encourages you to consider obtaining the assistance of an attorney since bankruptcy has long term legal and financial consequences.** Please remember that neither staff members of the Bankruptcy Clerk's office nor members of a Judge's staff will be able to offer you any legal advice.

There are, however, some resources on the Court's webpage if you elect to continue without an attorney. The webpage address is: www.gamb.uscourts.gov. Click on the tab "Information for Parties Who Have No Attorney". There are checklists to use as well as information regarding time lines you must follow and forms you must file with the Court. <u>Perhaps most important, you will find information about legal services that may be available to you (Attachment E, Find an Attorney, Sometimes for Free).</u>

As you move through this case, you may also be notified by the Clerk's office of certain filings that are missing or deficient. The Clerk, however, can take no responsibility for ensuring that all schedules and pleadings have been filed timely and in proper form.

If you do not have access to a computer at home, you may consider one that is available at your public library. You may also come to the Clerk's office at the address listed above and obtain a copy of the pro se packet.

Once again, please consider obtaining the services of an attorney to represent you in this complex matter.

Date: 1/24/17

Kyle George

United States Bankruptcy Court