IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

FILED
U.S. Bankruptcy Court
JAN 2 3 2017
Middle District of Georgia

| | | |
|---|---|---|
| IN RE:  JOHN WOODRUFF, | § | CASE NUMBER: |
| Debtor. | § | |
| | § | CHAPTER 7 |

## MOTION FOR LEAVE TO PARTICIPATE IN ELECTRONIC FILING

COMES NOW DEBTOR JOHN WOODRUFF in motion to THE COURT for leave to register for CM/ECF. Wherefore, Debtor states as follows:

1) Debtor proceeds *pro se*.

2) Debtor anticipates a protracted proceeding as he will be initiating an adversarial proceeding as part of this bankruptcy petition.

3) Debtor lives a considerable distance from THE COURT and desires the expeditiousness, convenience, and thrift of electronic filing.

4) Currently, THE COURT permits only attorneys to participate in electronic case filing.

5) Debtor has participated as a *pro se* electronic filer in the U.S. District Court for the Middle District of Georgia (EXHIBIT A) and the U.S. Court of Appeals for the Eleventh Circuit (EXHIBIT B) and has therein demonstrated his ability to use the CM/ECF platform.

6) Allowing Debtor to file electronically with THE COURT will further serve the convenience of THE COURT and of the Clerk of Court and also avoid otherwise unnecessary taxpayer-funded expenses of service.

**WHEREFORE,** the foregoing reasons considered, Debtor prays THE COURT authorize Debtor to participate as an electronic filer.

RESPECTFULLY SUBMITTED,

_____
JOHN M. WOODRUFF, PH.D.

POST OFFICE BOX 4584
VALDOSTA, GEORGIA 31604
JOHN@JOHNWOODRUFF.COM
(404) 477-4652

## CERTIFICATE OF SERVICE

Debtor certifies this 22nd day of January of 2017 that there are no parties upon whom service must be effected, or in the alternate, Debtor avers that pursuant to Fed. R. Bankr. P. 9013 and Fed. R. Civ. P. 5(a)(1)(D), service is not required for motions which may be granted *ex parte*.

SO AFFIRMED,

_____
JOHN M. WOODRUFF, PH.D.

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

IN RE:  JOHN WOODRUFF,        §    CASE NUMBER:
        Debtor.                §
                                 §    CHAPTER 7

## ORDER AS TO DEBTOR'S MOTION FOR LEAVE TO PARTICIPATE IN ELECTRONIC FILING

Having considered Debtor's motion, THE COURT finds and orders as follows:

1. Debtor is not an attorney and local rules do not otherwise afford *pro se* CM/ECF participation.

2. The Court **GRANTS** Debtor's motion and **ORDERS** that Debtor be permitted to register as an electronic filer in the United States Bankruptcy Court for the Middle District of Georgia.

SO ORDERED.

**END OF DOCUMENT**

**Exhibit A**

**John Woodruff**
_____

| | |
|---|---|
| **From:** | Nora_Paul@gamd.uscourts.gov |
| **Sent:** | Thursday, October 1, 2015 1:10 PM |
| **To:** | John M. Woodruff |
| **Subject:** | Pro-Se Litigant - CM/ECF Login and Password Issued - USDC MDGA |

Hello - Your CM/ECF login and password (both are the same) is [REDACTED] You can change either of them in the Utilities/Main User Account section of CM/ECF.

You will also need a Pacer account to coincide with your CM/ECF account. Please visit www.pacer.uscourts.gov to apply for a login and password - which will be separate and apart from your CM/ECF login and password. You access CM/ECF to efile a document and you access Pacer to view efiled documents.

If you are filing a new lawsuit, you must first file your complaint in paper format at the nearest United States District Court. Once the lawsuit has been filed, and received a case number, please let me know so I can activate the case to allow you to efile.

Please maintain your account with any changes to your contact information. It is your responsibility to keep the court informed, otherwise you may miss vital information with regard to your case.

If you have any questions, please let me know via reply to this email. I work remotely at times and you may not be able to reach me by phone.

Thank You and have a great day.

Nora
_____
Nora Paul, USDC MDGA, Macon
Calendar and Courtroom Clerk
to the Honorable Hugh Lawson
478.752.0725
nora_paul@gamd.uscourts.gov

**Exhibit B**

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 16-16845-H

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

DEC 0 1 2016

David J. Smith
Clerk

JOHN MICHAEL WOODRUFF,

                                      Petitioner-Appellant,

versus

KAYLA CROCKETT,
COMMISSIONER, GEORGIA DEPARTMENT OF COMMUNITY SUPERVISION,

                                      Respondents-Appellees.

_____

Appeal from the United States District Court
for the Middle District of Georgia

_____

ORDER:

Appellant's "Motion for Leave to Participate as *Pro Se* E-Filer" is *granted*.

_____
UNITED STATES CIRCUIT JUDGE