| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **John Michael Christian Woodruff**<br>First Name   Middle Name   Last Name | Social Security number or ITIN **xxx–xx–4725**<br>EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN _ _ _ _<br>EIN _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Middle District of Georgia** | | Date case filed for chapter **7   1/23/17** |
| Case number:   **17–70070 jtl** | | |

Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | John Michael Christian Woodruff | |
| 2. | **All other names used in the last 8 years** | dba John Woodruff Semantics | |
| 3. | **Address** | PO Box 4584<br>Valdosta, GA 31604 | |
| 4. | **Debtor's attorney**<br>Name and address | John Michael Christian Woodruff<br>PO Box 4584<br>Valdosta, GA 31604 | Contact phone 404–477–4652 |
| 5. | **Bankruptcy trustee**<br>Name and address | Walter W Kelley<br>Chapter 7 Trustee<br>P.O. Box 70879<br>Albany, GA 31708 | Contact phone 229–888–9128 |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**            page 1

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 901 Front Avenue<br>P.O. Box 2147<br>Columbus, GA 31902 | Hours open: Monday – Friday 8:30 AM – 5:00 PM<br><br>Contact phone (706) 649–7837<br><br>Date: 1/23/17 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.<br><br>At the meeting the trustee may abandon all scheduled property pursuant to 11 USC § 554. Creditors seeking abandonment of property should attend this meeting and provide the documentation necessary to prove their interest. Unless a written objection is filed within 14 days, the decision of the trustee is final. Pursuant to Rule 6007, if a timely objection is made, the court shall schedule a hearing. | **March 14, 2017 at 09:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Room 257, U.S. Courthouse and Post Office, North Patterson Street, Valdosta, GA 31601** |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 5/15/17** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

```
                             United States Bankruptcy Court
                               Middle District of Georgia
In re:                                                                   Case No. 17-70070-jtl
John Michael Christian Woodruff                                          Chapter 7
        Debtor
                                  CERTIFICATE OF NOTICE
District/off: 113G-7          User: admin                 Page 1 of 2                  Date Rcvd: Jan 24, 2017
                              Form ID: 309A               Total Noticed: 23


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 26, 2017.
11360319       +Alene Bowser, ANP-BC,    2310 N Patterson St, Suite G,    Valdosta, GA 31602-2500
11360320       +Andrew D. Woods, DPM,    Ankle & Foot Associates,    1700 N Patterson St,
                 Valdosta, GA 31602-2941
11360323       +Carmen D. Booth, PMHCNS,    2310 N Patterson St, Suite G,    Valdosta, GA 31602-2500
11360326       +Factor X Fitness/Winnersville Fitness,    1711 Norman Drive,    Valdosta, GA 31601-3575
11360328       +Georgia Power Company,    1731 Norman Drive,    Valdosta, GA 31601-3575
11360330       +Greenleaf/Acadia Healthcare,    2217 Pineview Dr.,   Valdosta, GA 31602-7316
11360339       +Shawn Vandemark, M.D.,    Vandemark Plastic Surgery,    2310 N Patterson St, Suite G,
                 Valdosta, GA 31602-2500
11360334       +Southern Self Storage,    3200 Inner Perimeter Rd.,    Valdosta, GA 31602-1064
11360335       +Spanish Mission Apartments,    422 Connell Rd,   Valdosta, GA 31602-1493
11360336       +Therapy Center Valdosta, LLC,    1811-B Green Circle,    Valdosta, GA 31602-2784
11360337        U.S. Dept of Education,    Aspire Resources, Inc.,    PO Box 530308,   Atlanta, GA 30353-0308
11360340       +Wendy Vandemark, M.D.,    Vandemark Psychiatry & Counseling,    2310 N Patterson St, Suite G,
                 Valdosta, GA 31602-2500

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
db             +E-mail/PDF: john@johnwoodruff.com Jan 24 2017 18:10:51     John Michael Christian Woodruff,
                 PO Box 4584,    Valdosta, GA 31604-4584
tr             +EDI: FWWKELLEY.COM Jan 24 2017 18:13:00     Walter W Kelley,    Chapter 7 Trustee,
                 P.O. Box 70879,    Albany, GA 31708-0879
11360321       +EDI: ATTWIREBK.COM Jan 24 2017 18:13:00     AT&T,    c/o Bankruptcy,
                 4331 Communications Dr, Floor 4W,    Dallas, TX 75211-1300
11360325        EDI: CITICORP.COM Jan 24 2017 18:13:00     Citibank, N.A.,    PO Box 183051,
                 Columbus, OH 43218-3051
11360324        EDI: CAPITALONE.COM Jan 24 2017 18:13:00     Capital One Bank (USA), N.A.,    P.O. Box 71083,
                 Charlotte, NC 28272-1083
11360327        EDI: GADEPTOFREV.COM Jan 24 2017 18:13:00     Georgia Department of Revenue,
                 Accounts Receivable Collections,    Compliance Division/ARCS - Bankruptcy,
                 1800 Century Blvd., N.E., Suite 9100,    Atlanta, GA 30345-3205
11360329       +E-mail/Text: collections@greentrustcash.com Jan 24 2017 18:12:08     Green Trust Cash, LLC,
                 PO Box 340,    Hays, MT 59527-0340
11360331        EDI: IRS.COM Jan 24 2017 18:13:00     Internal Revenue Service,    PO Box 7346,
                 Philadelphia, PA 19101-7346
11360332        EDI: RMSC.COM Jan 24 2017 18:13:00     PayPal Credit Svcs/ GECRB,    PO Box 960080,
                 Orlando, FL 32896-0080
11360333        E-mail/Text: patientaccountcollector@sgmc.org Jan 24 2017 18:11:11
                 South Georgia Medical Center,    P.O. Box 1727,    Valdosta, GA 31603-1727
11360338        EDI: WFFC.COM Jan 24 2017 18:13:00     Wells Fargo Dealer Services,    P.O. Box 25341,
                 Santa Ana, CA 92799-5341
                                                                                              TOTAL: 11

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11360322      ##Best Buy Credit Services,   PO Box 688910,   Des Moines, IA 50368-8910
                                                                                              TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 26, 2017                                    Signature:   /s/Joseph Speetjens

```
District/off: 113G-7          User: admin                 Page 2 of 2              Date Rcvd: Jan 24, 2017
                              Form ID: 309A               Total Noticed: 23
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 23, 2017 at the address(es) listed below:
NONE.                                                                                                TOTAL: 0