**SO ORDERED.**

**SIGNED this 7 day of February, 2017.**



_____
John T. Laney, III
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
For the Middle District of Georgia

| | | |
|---|---|---|
| In the matter of: | ) | Case No.: 17-70070-JTL |
| | ) | |
| JOHN WOODRUFF, | ) | Chapter 7 |
| Debtor. | ) | |
| | ) | |

### CONSENT ORDER ON DEBTOR'S MOTION FOR DAMAGES AND SANCTIONS

The Debtor having filed a Motion for Damages and Sanctions (herein "Motion") as document number 19 filed on January 30, 2017; and the parties having agreed to resolve the Debtor's Motion without the necessity of a Court hearing:

**IT IS HEREBY ORDERED**, that the Motion and all claims filed by Debtor John Woodruff be denied with prejudice.

By our signatures below we do hereby consent to the entry of the foregoing Order.

END OF DOCUMENT

Order Prepared By:                    Consented to:

_____             _____
**MARK A. GILBERT**                   **JOHN WOODRUFF**
Attorney for Southern Self Storage    Pro Se Debtor
State Bar No.: 293797
P.O. Box 5437
Valdosta, GA 31603-5437
229-242-7562

[2043296/1]