# United States Bankruptcy Court

Middle District of Georgia

In re:

    John Michael Christian Woodruff
    dba John Woodruff Semantics
    5237 Meadow Garden Lane
    Birmingham, AL 35242

Debtor(s)

Case No. 17−70070 jtl

Chapter 7

**NOTICE OF FINAL DEADLINE FOR FILING THE REQUIRED CERTIFICATION
ABOUT A FINANCIAL MANAGEMENT COURSE IN CHAPTER 7 CASES**

Debtor(s) and/or debtor(s)' attorney is/are hereby notified that Official Form 423 must be filed before a discharge can be entered.

**Chapter 7 Debtor(s)** must file Form 423 within 60 days after the first date set for the meeting of creditors under Section 341. **The deadline for filing this form has passed and the required Form 423 has not been filed to date.** Failure to file Form 423 within the next **fourteen (14) days** will result in the case being closed without an entry of discharge. If the debtor(s) subsequently file(s) a Motion to Reopen the Case to allow for the filing of the Official Form 423, the debtor(s) must pay the full reopening fee due for filing the motion.

Date: 5/16/17

Kyle George

United States Bankruptcy Court