**SO ORDERED.**

**SIGNED this 22 day of May, 2017.**



_____
**John T. Laney, III
United States Bankruptcy Judge**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA

IN RE:   JOHN M. C. WOODRUFF,    §    CASE NUMBER: **17-70070-JTL**
          Debtor.                §
                                 §    CHAPTER 7

## ORDER ON DEBTOR'S MOTION TO STAY DISCHARGE

Debtor having moved THE COURT to stay discharge of the hereinstyled proceeding pending ruling on a separate matter in state court, THE COURT finds and orders as follows:

1. THE BANKRUPTCY COURT **GRANTS** Debtor's motion and **ORDERS** that discharge of case number 17-70070 be stayed until July 31, 2017, unless extended, and subject to resolution of any and all matters pending before THIS COURT.

2. THE COURT further directs and authorizes the clerk to undertake any and all action necessary and proper to prevent premature discharge.

**END OF DOCUMENT**