**SO ORDERED.**

**SIGNED this 12 day of June, 2017.**



_____
John T. Laney, III
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA

| | | |
|---|---|---|
| In re: | : | BANKRUPTCY CASE |
| JOHN MICHAEL CHRISTIAN WOODRUFF | : | NO. 17-70070-JTL |
| Debtor | : | CHAPTER 7 |

**ORDER GRANTING APPLICATION FOR APPROVAL
OF EMPLOYMENT OF PROFESSIONALS ON A GENERAL RETAINER BASIS**

Upon the application of WALTER W. KELLEY, Trustee in the above case, seeking authority to employ the law firm of Kelley, Lovett, Blakey & Sanders, P.C. for this case, and it appearing that Walter W. Kelley, Thomas D. Lovett, , F. Anthony Blakey, Shanna C. Aderhold, Alex D. Sanders and Thomas D. Lovett, III, are attorneys duly authorized to practice in this Court, and the Court being satisfied that the firm does not hold or represent any interest adverse to the estate and is a disinterested person within the meaning of 11 U.S.C. §101(14), it is

ORDERED that Kelley, Lovett, Blakey & Sanders, P.C. be and hereby is authorized to serve as the attorney for the Trustee upon the terms and conditions indicated in the Trustee's application.

**END OF DOCUMENT**

THIS DOCUMENT PREPARED BY:
WALTER W. KELLEY
Kelley, Lovett, Blakey & Sanders, P.C.
P.O. Box 70879
Albany, GA 31708
(229) 888-9128
State Bar No. 412337
wkelley@kelleylovett.com