# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| In re: | : |
| | : **BANKRUPTCY CASE** |
| **JOHN MICHAEL CHRISTIAN WOODRUFF** | : |
| | : **NO. 17-70070-JTL** |
| | : |
| **Debtor** | : **CHAPTER 7** |

### NOTICE OF HEARING TRUSTEE'S MOTION TO VACATE ORDER GRANTING DEBTOR'S APPLICATION FOR WAIVER OF FILING FEES

CHAPTER 7 TRUSTEE Walter W. Kelley HAS FILED DOCUMENTS WITH THE COURT TO VACATE ORDER GRANTING DEBTOR'S APPLICATION FOR WAIVER OF FILING FEES IN THE CHAPTER 7 CASE.

**YOUR RIGHTS MAY BE AFFECTED.** You should read these documents carefully and discuss them with your attorney, if you have one in this bankruptcy case. **If you do not have an attorney, you may wish to consult one**. If not served with this notice in accordance with the Bankruptcy Code or the Federal Rules of Bankruptcy Procedure, a copy of the motion may be obtained upon written request to counsel for the Movant (identified below) or at the Clerk's office.

If you do not want the court to grant the Trustee's motion, then you or your attorney shall attend the hearing to be held on:

**July 26, 2017, at 10:30 a.m. at the**
**U. S. Courthouse & Post Office Building, 401 N. Patterson Street, Valdosta, Georgia.**

**If you or your attorney does not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting relief.**

This notice is sent by the undersigned pursuant to LBR 9004-1(6).

This 22 of June, 2017.

/s/ Walter W. Kelley
WALTER W. KELLEY, Chapter 7 Trustee
P.O. Box 70879
Albany, GA 31708
(229) 888-9128
Ga State Bar No. 412337
wkelley@kelleylovett.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| In re: | : |
| | : BANKRUPTCY CASE |
| JOHN MICHAEL CHRISTIAN WOODRUFF | : |
| | : NO. 17-70070 JTL |
| | : |
| Debtor | : CHAPTER 7 |

### MOTION TO VACATE ORDER GRANTING DEBTOR'S
### APPLICATION FOR WAIVER OF FILING FEES

COMES NOW Chapter 7 Trustee Walter W. Kelley and shows the Court as follows:

-1-

Walter W. Kelley is the duly qualified and acting Trustee.

-2-

Debtor John Michael Christian Woodruff, pro se, filed a voluntary petition for relief under Chapter 7 of the United States Bankruptcy Code on January 23, 2017.

-3-

On January 23, 2017, the debtor filed an Application to Have the Filing Fee Waived.

-4-

On January 25, 201, the Court entered an Order Granting Application to Have the Filing Fee Waived [Doc #10].

-5-

The Court stated the order is subject to being vacated at a later time if developments in the administration of the bankruptcy case demonstrate that the waiver was unwarranted.

-6-

On June 19, 2017, the Debtor filed Amended Schedules A, B, and C. The amended schedules disclose an inheritance through the Debtor's grandfather's estate worth more than $100,000 in stock, cash, and personal property.

-7-

The Debtor has claimed as exempt cash sufficient to pay the filing fee.

-8-

The filing fee waiver should be revoked.

Wherefore, the Trustee prays:
(a) The filing fee waiver be revoked;
(b) For other and further relief as to this Court seems just and proper.

/s/ Walter W. Kelley
WALTER W. KELLEY, Chapter 7 Trustee
P.O. Box 70879
Albany, GA 31708
(229) 888-9128
Ga State Bar No. 412337
wkelley@kelleylovett.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| In re: | : |
| | : **BANKRUPTCY CASE** |
| **JOHN MICHAEL CHRISTIAN WOODRUFF** | : |
| | : NO. 17-70070-JTL |
| | : |
| Debtor | : **CHAPTER 7** |

## CERTIFICATE OF SERVICE

I certify that I have furnished a true copy of the within and foregoing **Trustee's Notice of Hearing and Motion to Vacate Order Granting Debtor's Application for Waiver of Filing Fees** to the below named parties. Those not served by the Court's electronic filing system were served by depositing the same in the United States Mail in properly addressed envelopes with sufficient First Class postage affixed to guarantee deliver on this 22 of June, 2017.

John Michael Christian Woodruff
5237 Meadow Garden Lane
Birmingham, AL 35242
john@johnwoodruff.com

ELIZABETH A. HARDY
ASSISTANT U. S. TRUSTEE
Ustp.region21.mc.ecf@usdoj.gov

/s/ Walter W. Kelley
WALTER W. KELLEY, Chapter 7 Trustee
P.O. Box 70879
Albany, GA 31708
(229) 888-9128
Ga State Bar No. 412337
wkelley@kelleylovett.com