# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| IN RE:  JOHN M. C. WOODRUFF, § <br> Debtor. § <br> § | CASE NUMBER: **17-70070-JTL** <br><br> CHAPTER 7 |

## MOTION TO TRANSFER DIVISION

COMES NOW DEBTOR JOHN WOODRUFF pursuant to LBR 1014-2(b) in motion to THE COURT for transfer of division. Wherefore, Debtor states as follows:

1) The hereinstyled proceeding is properly administered by the **Valdosta** division pursuant to LBR 1071-1.

2) Debtor has since moved and now resides in Alabama (Doc 43).

3) Debtor anticipates multiple court appearances related to adversarial proceedings.

4) Debtor therefore seeks to transfer administration of his bankruptcy to the **Columbus** division which is approximately 175 miles and three hours closer to Debtor.

5) The Trustee has advised Debtor that the Trustee does not oppose change of division.

6) Debtor avers that divisional transfer may be accomplished with no disadvantage to creditors, to wit:

1

a. The 341(a) meeting of creditors was convened in Valdosta on or about March 14, 2017;

b. No creditors appeared for the hearing;

c. The time for filing objection under LBR 6007-1(a) has tolled; and

d. No objection has been filed by any creditor from which it may be inferred that no Valdosta creditors desire(d) to be heard or to participate in the proceedings.

**WHEREFORE,** the foregoing reasons considered, Debtor prays THE COURT transfer the hereinstyled proceeding to the **Columbus** division.

RESPECTFULLY SUBMITTED,
s/ John Michael Woodruff

JOHN M. WOODRUFF, PH.D.
5237 MEADOW GARDEN LANE
BIRMINGHAM, ALABAMA 35242
JOHN@JOHNWOODRUFF.COM
(404) 477-4652

# **CERTIFICATE OF SERVICE**

Debtor certifies that he has this 22nd day of June of 2017 served a copy of this filing upon the party or parties stated below. Pursuant to FRBP 9036, LBR 5005-4, FRCP 5(b), GAMD L.R. 5(b), FRAP 25, and 11th Cir. R. 25-3, the following party or parties are known to participate in electronic filing and will be served by and through THE COURT'S electronic case management system.

Walter W. Kelley
Post Office Box 70879
Albany, Georgia 31708
(229) 888-9128

Elizabeth A. Hardy
Asst. U.S. Trustee
ustp.region21.mc.ecf@usdoj.gov

The following party or parties not served by THE COURT'S electronic systems have been served on this date by direct electronic mail, by telephonic facsimile, by personal delivery to a responsible party at the location stated, or by conveying the same through, and in the manner required by, the United States Mail addressed as stated.

Alene Bowser, ANP-BC
2310 N Patterson St, Suite G
Valdosta, GA 31602

Andrew D. Woods, DPM
Ankle & Foot Associates
1700 N Patterson St
Valdosta, GA 31602


AT&T
c/o Bankruptcy
4331 Communications Dr, Floor 4W
Dallas, TX 75211

Best Buy Credit Services
PO Box 688910
Des Moines, IA 50368-8910

Capital One Bank (USA), N.A.
P.O. Box 71083
Charlotte, NC 28272-1083

Carmen D. Booth, PMHCNS
2310 N Patterson St, Suite G
Valdosta, GA 31602

3

Citibank, N.A.
PO Box 183051
Columbus, OH 43218-3051

Factor X Fitness/Winnersville Fitness
1711 Norman Drive
Valdosta, GA 31601

Georgia Department of Revenue
Accounts Receivable Collections
Compliance Division/ARCS Bankruptcy
1800 Century Blvd., N.E., Suite 9100
Atlanta, GA 30345-3205

Georgia Power Company
1731 Norman Drive
Valdosta, GA 31601

Green Trust Cash, LLC
PO Box 340
Hays, MT 59527

Greenleaf/Acadia Healthcare
2217 Pineview Dr.
Valdosta, GA 31602

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

PayPal Credit Svcs/ GECRB
PO Box 960080
Orlando, FL 32896-0080

Shawn Vandemark, M.D.
Vandemark Plastic Surgery
2310 N Patterson St, Suite G
Valdosta, GA 316020

South Georgia Medical Center
P.O. Box 1727
Valdosta, GA 31603-1727

Southern Self Storage
3200 Inner Perimeter Rd.
Valdosta, GA 31602

Spanish Mission Apartments
422 Connell Rd
Valdosta, GA 31602

Therapy Center Valdosta, LLC
1811-B Green Circle
Valdosta, GA 31602

U.S. Dept of Education
Aspire Resources, Inc.
PO Box 530308
Atlanta, GA 30353-0308

US Dept of EducationMOHELA
633 Spirit Dr
Chesterfield, MO 63005

Wells Fargo Dealer Services
P.O. Box 25341
Santa Ana, CA 92799-5341

Wendy Vandemark, M.D.
Vandemark Psychiatry & Counseling
2310 N Patterson St, Suite G
Valdosta, GA 31602

S<small>O</small> <small>AFFIRMED</small>,
s/ John Michael Woodruff