# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA

| | | |
|---|---|---|
| IN RE:  JOHN M. C. WOODRUFF, | § | CASE NUMBER: **17-70070-JTL** |
| Debtor. | § | |
| | § | CHAPTER 7 |

## NOTICE OF MOTION AND HEARING

Debtor John Woodruff has filed documents with THE COURT to transfer the divisional administration of his case from Valdosta, GA to Columbus, GA. PURSUANT TO FEDERAL RULES OF BANKRUPTCY PROCEDURE § 9014, notice is hereby given that a motion for monetary award for violation of the automatic stay has been filed in the above-styled case.

**YOUR RIGHTS MAY BE AFFECTED. You should read these documents carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one. If not served with this notice in accordance with the Bankruptcy Code or the Federal Rules of Bankruptcy Procedure, a copy of the motion may be obtained upon written request to counsel for the Movant (identified below) or at the Clerk's office.**

If you do not want the court to grant transfer of division, or if you want the court to consider your views on the motion, then you or your attorney shall file with the court a written objection or response **on or before July 12, 2017**, pursuant to FRBP 9006(f). If you are receiving this notice by mail, you may add 3 days to the response date stated above. The objection or response should be sent to:

> Clerk, U. S. Bankruptcy Court
> Middle District of Georgia
> P. O. Box 1957
> Macon, Georgia 31202
> 478-752-3506

If an objection or response is filed, a hearing on the [motion or objection] shall be held on **July 26, 2017 at 10:30 a.m. in United States courthouse and post office at 401 North Patterson St, Valdosta, Georgia 31601.**

  If you mail your response or objection to the court for filing, you shall send it early enough so the court will receive the objection or response on or before the response date stated above.

  Any response or objection shall also be served on the movant.

  If you or your attorney does not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting relief.

  This notice is sent by the undersigned this 22nd day of June, 2017 pursuant to Local Rule 9004-1.

<u>s/ John Michael Woodruff</u>

JOHN M. WOODRUFF, PH.D.
5237 MEADOW GARDEN LANE
BIRMINGHAM, ALABAMA 35242
JOHN@JOHNWOODRUFF.COM
TEL: (404) 477-4652
FAX: (404) 462-4089