**SO ORDERED.**

**SIGNED this 26 day of June, 2017.**



_____
**John T. Laney, III**
**United States Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| In Re: | * | Chapter 7 |
| | * | |
| John M.C. Woodruff, | * | Case No. 17-70070-JTL |
| | * | |
| Debtor. | * | |

**ORDER DENYING MOTION FOR TEMPORARY RESTRAINING ORDER OR TEMPORARY INJUNCTION**

The Debtor filed a Motion for Temporary Restraining Order. The Court gave notice to counsel for the Trustee of Mr. Woodruff's Chapter 7 Estate and held a hearing on whether or not a temporary injunction should be issued in response to the Motion for a Temporary Restraining Order. The parties stipulated certain facts and the Court considered written and oral argument. The Court then announced findings of fact and conclusions of law from the bench as authorized by Bankruptcy Rule 7052. Based upon those findings and conclusions, the Motion for a Temporary Injunction for 14 days is denied.

END OF ORDER