IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA

| | | |
|---|---|---|
| In re: | : | BANKRUPTCY CASE |
| | : | |
| JOHN MICHAEL CHRISTIAN WOODRUFF, | : | NO. 17-70070-JTL |
| | : | |
| Debtor | : | Chapter 7 Proceeding |

## NOTICE OF TRUSTEE'S OBJECTION TO EXEMPTIONS

WALTER W. KELLEY, Chapter 7 Trustee, has filed papers with the Court objecting to exemptions in the Chapter 7 Case.

**YOUR RIGHTS MAY BE AFFECTED.  You should read these documents carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one. If not served with this notice in accordance with the Bankruptcy Code or the Federal Rules of Bankruptcy Procedure, a copy of the motion [or other type of pleading] may be obtained upon written request to counsel for the Movant (identified below) or at the Clerk's office.**

If you do not want the court to grant the relief sought, or if you want the court to consider your views on the objection, then you or your attorney shall attend the hearing scheduled to be held on

**July 26, 2017 at 10:30 a.m. at the
U. S. Courthouse & Post Office Building, 401 N. Patterson Street, Valdosta, Georgia.**

**If you or your attorney does not take these steps, the court may decide that you do not oppose the relief sought in the objection and may enter an order granting relief.**

This notice is sent by the undersigned pursuant to LBR 9004-1(6).

Dated this 29th  day of June, 2017.

_/s/ Thomas D. Lovett_
THOMAS D. LOVETT
Attorney for Trustee
P.O. Box 1164
Valdosta, Georgia 31603
(229) 242-8838
State Bar No. 459571
tlovett@kelleylovett.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA

| | | |
|---|---|---|
| In re: | : | BANKRUPTCY CASE |
| | : | |
| JOHN MICHAEL CHRISTIAN WOODRUFF, | : | NO. 17-70070-JTL |
| | : | |
| Debtor | : | Chapter 7 Proceeding |

## TRUSTEE'S OBJECTION TO AMENDED SCHEDULE C [DOCKET 64]

COMES NOW WALTER W. KELLEY, Trustee in the above-styled case and shows as follows:

-1-

A petition for relief under Chapter 7 of Title 11 was filed by the above-named Debtor on January 23, 2017.

-2-

The 341(a) meeting was scheduled for March 14, 2017. The meeting was rescheduled and held April 11, 2017.

-3-

Walter W. Kelley is the duly qualified and acting Trustee in this case.

-4-

Trustee objects to debtor's claim of exempt property shown on Schedule C filed on June 19, 2017 [docket 64].

-5-

The Trustee objects to the exemptions claimed for all property which the debtor checked the box indicating the exemption is "100% of fair market value, up to any applicable statutory limit" but did not state the dollar amount claimed exempt.

-6-

Local Rules of Bankruptcy Procedure LBR 4003-1(a) states as follows:

*LBR 4003-1. Exemptions*
*(a) Schedule C. Schedule C shall contain the following:*
*(1) A detailed list of all property or assets claimed as exempt by the debtor.*
*(2) Each asset's value shall be stated in dollar amounts. If the value of any asset claimed to be exempt is not known, the debtor shall state the exemptible sum in dollars.*
*(3) Exemptions shall be limited to the dollar amount claimed as exempt even if the asset*

*exempted is later discovered to have had a greater value than the amount listed in the schedules.*

*(4) If exempting future proceeds of an unliquidated claim or of a cause of action, the debtor shall fully describe any such claim or cause of action.*

None of the exemptions on Schedule C state the dollar amount claimed exempt as required by LBR 4003-1(a)(2) and (3) except for the exempt amounts claimed for "$2,500 payment" and "Southern Company".

-7-

The Trustee objects to all exemptions which exceed the amount allowed under O.C.G.A. § 44-13-100 and all exemptions claimed improperly. Improper exemptions include but are not limited to "contingent claim" claimed exempt under § 44-13-100(a)(3) and intellectual property and other property claimed exempt under § 44-13-100(a)(7).

WHEREFORE, the Trustee prays

1. That the exemptions be limited for all property for which no dollar amount is claimed exempt to the specific dollar amount that is allowed under § 44-13-100;

2. That all improper exemptions be disallowed; and

3. For other and further relief as to this Court seems just and proper.

/s/ Thomas D. Lovett
THOMAS D. LOVETT
Attorney for Trustee
P.O. Box 1164
Valdosta, Georgia 31603
(229) 242-8838   tlovett@kelleylovett.com
State Bar No. 459571

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA

| | | |
|---|---|---|
| In re: | : | BANKRUPTCY CASE |
| JOHN MICHAEL CHRISTIAN WOODRUFF, | : | NO. 17-70070-JTL |
| Debtor | : | Chapter 7 Proceeding |

## CERTIFICATE OF SERVICE

I hereby certify that the following parties have been served with the Trustee's Objection to Amended Schedule C [Docket 64] and Notice of same. Those not served by electronic means by the court's electronic filing system have been served by electronic mail or by depositing a copy of the same in the United States Mail in a properly addressed envelope with adequate postage thereon this _____ day of June, 2017.

John Michael Christian Woodruff
Via email to John@johnwoodruff.com

ELIZABETH A. HARDY
U. S. TRUSTEE'S OFFICE
Ustp.region21.mc.ecf@usdoj.gov

___/s/ Thomas D. Lovett___
Thomas D. Lovett
Attorney for Trustee
Post Office Box 1164
Valdosta, Georgia 31603
(229) 242-8838
State Bar No. 459571