

**SO ORDERED.**

**SIGNED this 27 day of July, 2017.**

_____
**John T. Laney, III**
**United States Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| In Re: | * | Chapter 7 |
| | * | |
| John Michael Christian Woodruff, | * | Case No. 17-70070-JTL |
| | * | |
| Debtor. | * | |

**ORDER ON TRUSTEE'S OBJECTION TO AMENDED SCHEDULE C**

The above-captioned Objection came on for hearing before the Court as scheduled on

July 26, 2017.  The Debtor agreed that the specified money amount that he was claiming as

exempt was the amount shown in the second column as "Current value of the portion you own."

Therefore, it is the ruling of the Court that the Debtor need not amend his Schedule C but his

Schedule C will be interpreted to claim the dollar amount from that column except for the value

of the Southern Company stock which is already specified at a specific value less than the

amount shown in the second column.

END OF ORDER