# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA

IN RE:  JOHN M. C. WOODRUFF,    §    CASE NUMBER: **17-70070-JTL**
Debtor.                          §
                                 §    CHAPTER 7

## EX PARTE MOTION TO STRIKE DOC 120 AND DOC 124

COMES NOW DEBTOR JOHN WOODRUFF in motion to strike Doc 120 and Doc 124 filed by Thomas Lovett, counsel for Trustee Walter Kelley. Wherefore, Debtor states as follows:

1)  For the reasons set forth by Debtor in his motion (Doc 125) to seal Doc 120 and Doc 124 filed by Thomas Lovett, Debtor alleges that Doc 120 and Doc 124 are immaterial to the bankruptcy proceeding and were filed for malicious purposes with wanton disregard for norms of propriety and professionalism.

2)  Debtor believes said filings should be stricken from the record with leave to re-file without the objectionable content.

3)  Debtor further believes that oral argument would be as objectionable as the content contained therein and that FRBP 9018 also applies to Debtor's motion to strike as much as to Debtor's separate motion to seal, to wit: "[o]n motion or on its own initiative, with or without notice, <u>the court may make any order which justice requires</u> […]."

**THE FOREGOING CONSIDERED**, Debtor prays THE COURT issue the proposed order striking Doc 120 and Doc 124, with or without hearing, as THE COURT deems proper.

RESPECTFULLY SUBMITTED,
s/ John Michael Woodruff

JOHN M. WOODRUFF, PH.D.
5237 MEADOW GARDEN LANE
BIRMINGHAM, ALABAMA 35242
JOHN@JOHNWOODRUFF.COM
TEL:  (404) 477-4652
FAX: (404) 462-4089

# **CERTIFICATE OF SERVICE**

Debtor certifies that he has this 4th day of December 2017 served a copy of this filing upon the party or parties stated below. Pursuant to FRBP 9036, LBR 5005-4, FRCP 5(b), GAMD L.R. 5(b), FRAP 25, and 11th Cir. R. 25-3, the following party or parties are known to participate in electronic filing and will be served by and through THE COURT'S electronic case management system.

> Walter W. Kelley, Esq., Chapter 7 Trustee
> Post Office Box 70879, Albany, GA 31708
> (229) 888-9128 • wkelley@kelleylovett.com
>
> Thomas D. Lovett, Esq., Attorney for Trustee
> Post Office Box 1164, Valdosta, GA 31603
> (229) 242-8838 • tlovett@kelleylovett.com
>
> Elizabeth A. Hardy, Esq., Asst. U.S. Trustee
> 440 Martin Luther King, Jr. Blvd, Suite 302, Macon, GA 31201
> (478) 752-3544 • ustp.region21.mc.ecf@usdoj.gov

The following party or parties not served by THE COURT'S electronic systems have been served on this date by direct electronic mail, by telephonic facsimile, by personal delivery to a responsible party at the location stated, or by conveying the same through, and in the manner required by, the United States Mail addressed as stated.

[ INTENTIONALLY BLANK ]

SO AFFIRMED,
s/ John Michael Woodruff