**The box "shall not" is selected in the line of the order.**



**SO ORDERED.**

**SIGNED this 6 day of December, 2017.**

_____
**John T. Laney, III**
**United States Bankruptcy Judge**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA

| | | |
|---|---|---|
| IN RE:  JOHN M. C. WOODRUFF, | § | CASE NUMBER: **17-70070-JTL** |
| Debtor. | § | |
| | § | CHAPTER 7 |

## ORDER ON DEBTOR'S MOTION TO SEAL

THE COURT orders as follows:

1. Doc 120, Doc 124, and Doc 125 are hereby ordered to be sealed pursuant

   to Fed. R. Bankr. Proc. 9018.

2. This order  [ ] shall also   [ ] shall not  be sealed.

**END OF DOCUMENT**