**SO ORDERED.**

**SIGNED this 6 day of December, 2017.**



_____
**John T. Laney, III**
**United States Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| In Re: | * | Case No. 17-70070-JTL |
| | * | |
| John Michael Christian Woodruff, | * | Chapter 7 |
| | * | |
| Debtor. | * | |

**ORDER GRANTING MOTIONS TO CONTINUE AND SCHEDULING ORDER FOR DISCOVERY RELATIVE TO SAME**

The Trustee's Motion to Continue the hearing on the Debtor's Motion to Convert to Chapter 11 is granted. The Trustee, by December 13, 2017, will serve any discovery requests or advise the Court that no such requests have been served. In the event discovery requests are filed, the Court shortens the time to respond to 10 days.

The hearing on Debtor's Motion to Convert to Chapter 11 is continued and rescheduled for **December 29, 2017 at 10:00 a.m. at the U.S. Bankruptcy Courtroom, One Arsenal Place, Suite 309, 901 Front Avenue, Columbus, Georgia 31901.**

END OF ORDER