**SO ORDERED.**

**SIGNED this 6 day of December, 2017.**



_____
John T. Laney, III
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| In Re: | * | Case No. 17-70070-JTL |
| | * | |
| John Michael Christian Woodruff, | * | Chapter 7 |
| | * | |
| Debtor. | * | |

### ORDER ON MOTION FOR 2004 PRODUCTION OF DOCUMENTS

For the reasons announced from the bench at the time of the hearing, the Debtor's Objection is sustained and the Debtor is excused from responding to said Motion (Docket Nos. 116 and 119).

END OF ORDER