# N THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| IN RE:   JOHN M. C. WOODRUFF, Debtor. | § CASE NUMBER: **17-70070-JTL** <br> § <br> § CHAPTER 7 |

## NOTICE OF MOTION AND HEARING

DEBTOR JOHN WOODRUFF HAS FILED DOCUMENTS WITH THE COURT TO DISAPPROVE THE EMPLOYMENT OF KELLEY, LOVETT, BLAKEY & SANDERS, P.C.

**YOUR RIGHTS MAY BE AFFECTED. You should read these documents carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one. If not served with this notice in accordance with the Bankruptcy Code or the Federal Rules of Bankruptcy Procedure, a copy of the motion may be obtained upon written request to the Movant (identified below) or at the Clerk's office.**

If you do not want the court to grant the motion, or if you want the court to consider your views on the motion, then you or your attorney shall file with the court a written objection or response on or before **December 28, 2017**, pursuant to FRBP 9006(f). If you are receiving this notice by mail, you may add 3 days to the response date stated above. The objection or response should be sent to:

Clerk, U. S. Bankruptcy Court, Middle District of Georgia
P. O. Box 1957, Macon, Georgia 31202
478-752-3506

If an objection or response is filed, a hearing on the motion shall be held on **December 29, 2017 at 10:00AM in the United States Bankruptcy Court at 901 Front Avenue, One Arsenal Place, Columbus, GA 31902**. If you mail your response or objection to the court for filing, you shall send it early enough so the court will receive the objection or response on or before the response date stated above. Any response or objection shall also be served on the movant.

**If you or your attorney does not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting relief.**

This notice is sent by the undersigned this 7th day of December, 2017 pursuant to Local Rule 9007-1.

s/ JOHN M. WOODRUFF, PH.D.
5237 MEADOW GARDEN LANE, BIRMINGHAM, ALABAMA 35242
JOHN@JOHNWOODRUFF.COM, TEL: (404) 477-4652, FAX: (404) 462-4089

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA

IN RE:  JOHN M. C. WOODRUFF,  § CASE NUMBER: **17-70070-JTL**
Debtor.  §
§ CHAPTER 7

### DEBTOR'S MOTION TO DISAPPROVE TRUSTEE'S APPLICATION TO EMPLOY OF PROFESSIONALS

COMES NOW DEBTOR JOHN WOODRUFF in motion to disapprove Trustee's prior application to employ professionals (Doc 54). Wherefore, Debtor states as follows:

1) On 6 June 2017, Trustee Walter Kelley made application to THE COURT to employ the firm of "Kelley, Lovett, Blakey & Sanders, P.C." (Doc 54).

2) THE COURT subsequently granted said application (Doc 60).

3) Since that time, Debtor has conducted a diligent search of public records and can find no evidence that such a professional corporation exists, nor that such fictitious name has been registered or published as required by state law and/or Dougherty county ordinance.

4) Debtor submits that THE COURT lacks authority to authorize employment of a non-existent entity.

**THE FOREGOING CONSIDERED**, Debtor prays THE COURT disapprove Trustee's employment of "Kelley, Lovett, Blakey & Sanders, P.C."

Respectfully submitted,
s/ John Michael Woodruff

John M. Woodruff, Ph.D.
5237 Meadow Garden Lane
Birmingham, Alabama 35242
john@johnwoodruff.com
Tel:  (404) 477-4652
Fax: (404) 462-4089

# **CERTIFICATE OF SERVICE**

Debtor certifies that he has this 7th day of December 2017 served a copy of this filing upon the party or parties stated below. Pursuant to FRBP 9036, M.D. Ga. LBR 5005-4, FRCP 5(b), M.D. Ga. LR 5(b), FRAP 25, and 11th Cir. R. 25-3, the following party or parties are known to participate in electronic filing and will be served by and through THE COURT'S electronic case management system.

Thomas D. Lovett, Esq., on behalf of
Kelley, Lovett, Blakey, & Sanders, P.C., Attorneys for Trustee
Post Office Box 1164, Valdosta, GA 31603
(229) 242-8838 • tlovett@kelleylovett.com

Walter W. Kelley, Esq., Chapter 7 Trustee
Post Office Box 70879, Albany, GA 31708
(229) 888-9128 • wkelley@kelleylovett.com

Elizabeth A. Hardy, Esq., Asst. U.S. Trustee
440 Martin Luther King, Jr. Blvd, Suite 302, Macon, GA 31201
(478) 752-3544 • ustp.region21.mc.ecf@usdoj.gov

The following party or parties not served by THE COURT'S electronic systems have been served on this date by direct electronic mail, by telephonic facsimile, by personal delivery to a responsible party at the location stated, or by conveying the same through, and in the manner required by, the United States Postal Service, addressed as stated.

[ INTENTIONALLY BLANK ]

SO AFFIRMED,
s/ John Michael Woodruff