# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| IN RE:  JOHN M. C. WOODRUFF,  Debtor. | §  CASE NUMBER: **17-70070-JTL**  §  §  CHAPTER 7 |

## DEBTOR'S AMENDED MOTION TO DISAPPROVE TRUSTEE'S APPLICATION TO EMPLOY PROFESSIONALS AND DEBTOR'S MOTION TO REMOVE PRIVATE TRUSTEE WALTER KELLEY

COMES NOW DEBTOR JOHN WOODRUFF in motion to disapprove Trustee's prior application to employ professionals. Debtor further amends the same by adding the additional motion to remove private trustee Walter Kelley. Wherefore:

1. Debtor incorporates by reference his contemporaneously-filed memorandum of fact, law, and public policy together with exhibits A through E.

2. Debtor incorporates by reference his specific prayers enumerated therein.

RESPECTFULLY SUBMITTED,
s/ John Michael Woodruff

JOHN M. WOODRUFF, PH.D.
5237 MEADOW GARDEN LANE
BIRMINGHAM, ALABAMA 35242
JOHN@JOHNWOODRUFF.COM
TEL: (404) 477-4652
FAX: (404) 462-4089

# **CERTIFICATE OF SERVICE**

Debtor certifies that he has this 11th day of December 2017 served a copy of this filing—together with all memoranda, exhibits, attachments, and notices—upon the party or parties stated below. Pursuant to FRBP 9036, M.D. Ga. LBR 5005-4, FRCP 5(b), M.D. Ga. LR 5(b), FRAP 25, and 11th Cir. R. 25-3, the following party or parties are known to participate in electronic filing and will be served by and through THE COURT's electronic case filing and management system.

Thomas D. Lovett, Esq., on behalf of the fictitious entity
Kelley, Lovett, Blakey, & Sanders, P.C., Attorneys for Trustee
Post Office Box 1164, Valdosta, GA 31603
(229) 242-8838 • tlovett@kelleylovett.com

Walter W. Kelley, Esq., Chapter 7 Trustee
Post Office Box 70879, Albany, GA 31708
(229) 888-9128 • wkelley@kelleylovett.com

Elizabeth A. Hardy, Esq., Assistant United States Trustee
440 Martin Luther King, Jr. Blvd, Suite 302, Macon, GA 31201
(478) 752-3544 • ustp.region21.mc.ecf@usdoj.gov

The following party or parties not served by THE COURT's electronic systems have been served on this date by direct electronic mail, by telephonic facsimile, by personal delivery to a responsible party at the location stated, or by conveying the same through, and in the manner required by, the United States Postal Service, addressed as stated.

[ INTENTIONALLY BLANK ]

SO AFFIRMED,
s/ John Michael Woodruff