```
Domain Name: BANKRUPTCYGA.COM
Registry Domain ID: 429625835_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Update Date: 2015-04-20T20:04:00Z
Creation Date: 2006-04-28T22:35:00Z
Registrar Registration Expiration Date: 2018-04-28T22:35:00Z
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.4806242505
Domain Status: clientTransferProhibited http://www.icann.org/epp#clientTransferProhibited
Domain Status: clientUpdateProhibited http://www.icann.org/epp#clientUpdateProhibited
Domain Status: clientRenewProhibited http://www.icann.org/epp#clientRenewProhibited
Domain Status: clientDeleteProhibited http://www.icann.org/epp#clientDeleteProhibited
Registry Registrant ID:
Registrant Name: P.C. Kelley & Lovett
Registrant Organization:
Registrant Street: P.O. Box 70879
Registrant City: Albany
Registrant State/Province: Georgia
Registrant Postal Code: 31708
Registrant Country: US
Registrant Phone:
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: nocontactsfound@secureserver.net
Registry Admin ID:
Admin Name: Anthony Matthews
Admin Organization: Invision Technologies, LLC
Admin Street: 4121 S Main St
Admin City: Moultrie
Admin State/Province: Georgia
Admin Postal Code: 31768
Admin Country: US
Admin Phone: 229-446-2004
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: support@automatedit.com
Registry Tech ID:
Tech Name: Anthony Matthews
Tech Organization: Invision Technologies, LLC
Tech Street: 4121 S Main St
Tech City: Moultrie
Tech State/Province: Georgia
Tech Postal Code: 31768
Tech Country: US
Tech Phone: 229-446-2004
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: support@automatedit.com
Name Server: PDNS03.DOMAINCONTROL.COM
Name Server: PDNS04.DOMAINCONTROL.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
>>> Last update of WHOIS database: 2017-12-01T22:00:00Z <<<
```

```
Domain Name: KELLEYLOVETT.COM
Registry Domain ID: 19511285_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Update Date: 2015-01-28T15:01:33Z
Creation Date: 2000-02-09T20:49:16Z
Registrar Registration Expiration Date: 2018-02-09T20:49:16Z
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.4806242505
Domain Status: clientTransferProhibited http://www.icann.org/epp#clientTransferProhibited
Domain Status: clientUpdateProhibited http://www.icann.org/epp#clientUpdateProhibited
Domain Status: clientRenewProhibited http://www.icann.org/epp#clientRenewProhibited
Domain Status: clientDeleteProhibited http://www.icann.org/epp#clientDeleteProhibited
Registry Registrant ID:
Registrant Name: P.C. Kelley & Lovett
Registrant Organization:
Registrant Street: P.O. Box 70879
Registrant City: Albany
Registrant State/Province: Georgia
Registrant Postal Code: 31708
Registrant Country: US
Registrant Phone:
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: nocontactsfound@secureserver.net
Registry Admin ID:
Admin Name: Anthony Matthews
Admin Organization: Invision Technologies, LLC
Admin Street: 4121 S Main St
Admin City: Moultrie
Admin State/Province: Georgia
Admin Postal Code: 31768
Admin Country: US
Admin Phone: 229-446-2004
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: support@automatedit.com
Registry Tech ID:
Tech Name: Anthony Matthews
Tech Organization: Invision Technologies, LLC
Tech Street: 4121 S Main St
Tech City: Moultrie
Tech State/Province: Georgia
Tech Postal Code: 31768
Tech Country: US
Tech Phone: 229-446-2004
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: support@automatedit.com
Name Server: PDNS03.DOMAINCONTROL.COM
Name Server: PDNS04.DOMAINCONTROL.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
>>> Last update of WHOIS database: 2017-11-30T5:00:00Z <<<
```