# STATE OF GEORGIA
## Secretary of State
**Corporations Division**
**313 West Tower**
**2 Martin Luther King, Jr. Dr.**
**Atlanta, Georgia 30334-1530**

**ANNUAL REGISTRATION**

*Electronically Filed*
Secretary of State
Filing Date: 3/15/2017 12:25:48 PM

### BUSINESS INFORMATION
| | |
|---|---|
| **CONTROL NUMBER** | J515445 |
| **BUSINESS NAME** | KELLEY & LOVETT, P.C. |
| **BUSINESS TYPE** | Domestic Profit Corporation |
| **EFFECTIVE DATE** | 03/15/2017 |

### PRINCIPAL OFFICE ADDRESS
| | |
|---|---|
| **ADDRESS** | PO BOX 70879, ALBANY, USA |

### REGISTERED AGENT'S NAME AND ADDRESS
| NAME | ADDRESS |
|---|---|
| JOHN MCDUFFY | 2303 DAWSON ROAD, Dougherty, ALBANY, GA, 31707, USA |

### OFFICERS INFORMATION
| NAME | TITLE | ADDRESS |
|---|---|---|
| THOMAS D LOVETT | SECRETARY | 2539 LAFAYETTE PLAZA DR, ALBANY, USA |
| WALTER W KELLEY | CFO | 2539 LAFAYETTE PLAZA DR, ALBANY, USA |
| WALTER W KELLEY | CEO | 2539 LAFAYETTE PLAZA DR, ALBANY, USA |

### AUTHORIZER INFORMATION
| | |
|---|---|
| **AUTHORIZER SIGNATURE** | Walter W. Kelley |
| **AUTHORIZER TITLE** | Officer |



Brian P. Kemp
Secretary of State

# STATE OF GEORGIA
## Secretary of State
**Corporations Division**
**313 West Tower**
**2 Martin Luther King, Jr. Dr.**
**Atlanta, Georgia 30334-1530**

**ANNUAL REGISTRATION**

*Electronically Filed*
Secretary of State
Filing Date: 1/28/2016 2:03:50 PM

## BUSINESS INFORMATION
| | |
|---|---|
| **CONTROL NUMBER** | J515445 |
| **BUSINESS NAME** | KELLEY & LOVETT, P.C. |
| **BUSINESS TYPE** | Domestic Profit Corporation |
| **EFFECTIVE DATE** | 01/28/2016 |

## PRINCIPAL OFFICE ADDRESS
| | |
|---|---|
| **ADDRESS** | PO BOX 70879, ALBANY, USA |

## REGISTERED AGENT'S NAME AND ADDRESS
| NAME | ADDRESS |
|---|---|
| JOHN MCDUFFY | 2303 DAWSON ROAD, Dougherty, ALBANY, GA, 31707, USA |

## OFFICERS INFORMATION
| NAME | TITLE | ADDRESS |
|---|---|---|
| THOMAS D LOVETT | SECRETARY | 2539 LAFAYETTE PLAZA DR, ALBANY, USA |
| WALTER KELLEY | | P O BOX 70879, ALBANY, USA |
| WALTER W KELLEY | CFO | 2539 LAFAYETTE PLAZA DR, ALBANY, USA |
| WALTER W KELLEY | CEO | 2539 LAFAYETTE PLAZA DR, ALBANY, USA |

## AUTHORIZER INFORMATION
| | |
|---|---|
| **AUTHORIZER SIGNATURE** | Walter W. Kelley |
| **AUTHORIZER TITLE** | Officer |



Brian P. Kemp
Secretary of State

**STATE OF GEORGIA**
**2015 Corporation Annual Registration**

| Secretary of State |
| --- |
| Control No.: J515445 |
| Date Filed:2/23/2015 3:07:01 PM |

**Brian P. Kemp**
**Secretary of State**

OFFICE OF THE SECRETARY OF STATE
Annual Registration Filing
P.O. Box 23038
Columbus, Georgia 31902-3038

**Information on record as of: 3:07:06 PM**

**Entity Control No.: J515445**          **Amount Due: $50.00**          **Amount Due AFTER April 1, 2015: $75.00**

KELLEY & LOVETT, P.C.
PO BOX 70879
ALBANY, Georgia 31708-0879

**Each business entity registered or filed with the Office of Secretary of State is required to file an annual registration.** Amount due for this entity is indicated above and below on the remittance form. Annual fee is $50. If amount is more than$50 , the total reflects amount(s) due from previous year(s) and any applicable late fee(s). **Renew by April 1,2015** Your Annual Registration must be postmarked by April 1,2015. If your registration and payment are not postmarked by April 1,2015, you will be assessed a $25.00 late filing penalty fee.

For faster processing, we invite you to file your Annual Registration online with a credit card at Http://www.sos.ga.gov/corporations/ The Corporations Division accepts Visa, MC, Discover, American Express and ATM/Debit Cards with the Visa or MC logo for online filings only. Annual Registrations not processed online require payment with a check, certified bank check or money orde**r. We cannot accept cash for payment.**

You may mail your registration in by submitting the bottom portion of this remittance with a check or money order payable to "Secretary of S t a t e " . **All checks must be pre-printed with a complete address in order to be accepted by our offices for your filing. Absolutely, no counter or starter checks will be accepted. Failure to adhere to these guidelines will delay or possibly reject your filing.** Checks that are dishonored by your bank are subject to a $30.00 NSF charge. Failure to honor your payment could result in a civil suit filed against you and/or your entity may be Administratively Dissolved by the Secretary of State. [See O.C.G.A. § 13-6-15 and Title 14, respectively.]

Officer, address and Agent information currently of record is listed below. Please verify "county of registered office." If correct and complete, detach bottom portion, sign, and return with payment. Or, enter changes as needed and submit. Complete each line, even if the same individual serves as Chief Executive Officer, Chief Financial Officer, and Secretary of the corporation.
**Note: Registered Agent address must be a street address in Georgia where the agent may be served personally. A mail drop or P.O. Box does not comply with Georgia law for registered office. P.O. Boxes may be used for principal office and officers'addresses.**

Any person authorized by the entity to do so may sign and file registration (including online filing). Additionally, a person who signs a document submits an electronic filing he or she knows is false in any material respect with the intent that the document be delivered to the Secretary of State for filing shall be guilty of a misdemeanor and, upon conviction thereof, shall be punished to the highest degree permissible by law. [O.C.G.A. § 14-2-129.]

Please return ONLY the original form below and applicable fee(s). For more information on Annual Registrations or to file online, visit Http://www.sos.ga.gov/corporations/ Or, call 404-656-2817.

| CORPORATION NAME | ADDRESS | CITY | STATE | ZIP |
| --- | --- | --- | --- | --- |
| KELLEY & LOVETT, P.C. | PO BOX 70879 | ALBANY | GA | 31708-0879 |
| CEO: WALTER W KELLEY | 2539 LAFAYETTE PLAZA DR | ALBANY | Georgia | 31708 |
| CFO: WALTER W KELLEY | 2539 LAFAYETTE PLAZA DR | ALBANY | Georgia | 31708 |
| SEC: THOMAS D LOVETT | 2539 LAFAYETTE PLAZA DR | ALBANY | Georgia | 31708 |

**THE ABOVE INFORMATION HAS BEEN UPDATED TO:**

| CORPORATION NAME | ADDRESS | CITY | STATE | ZIP |
| --- | --- | --- | --- | --- |
| KELLEY & LOVETT, P.C. | PO BOX 70879 | ALBANY | Georgia | 31708-0879 |
| CEO: WALTER W KELLEY | 2539 LAFAYETTE PLAZA DR | ALBANY | Georgia | 31708 |
| CFO: WALTER W KELLEY | 2539 LAFAYETTE PLAZA DR | ALBANY | Georgia | 31708 |
| SEC: THOMAS D LOVETT | 2539 LAFAYETTE PLAZA DR | ALBANY | Georgia | 31708 |

| AGT: JOHN MCDUFFY | 2303 DAWSON ROAD | ALBANY | Georgia | 31707 |
| --- | --- | --- | --- | --- |
| I CERTIFY THAT I AM AUTHORIZED TO SIGN THIS FORM AND THAT THE INFORMATION IS TRUE AND CORRECT. | P.O. BOX NOT ACCEPTABLE FOR REGISTERED AGENT'S ADDRESS | COUNTY OF REGISTERED OFFICE: | Dougherty County | |
| AUTHORIZED SIGNATURE:   WALTER KELLEY | | Date:2/23/2015 3:07:01 PM | Total Due: | |

```
153  J515445%8  0050009  KELLEYLOVETTPC0000007  201504014  0075000
```

Title: Attorney-in-Fact | Email: | $50.00

BR201 2015 Corporation Annual Registration

```
153 J515445%8 0050009 KELLEYLOVETTPC0000007 201504014 0075000
```

| | |
|---|---|
| | Secretary of State<br>Control No.: J515445<br>Date Filed:6/3/2014 2:52:53 PM |

**STATE OF GEORGIA**
**2014 Corporation Annual Registration**

**Brian P. Kemp**
**Secretary of State**

OFFICE OF THE SECRETARY OF STATE
Annual Registration Filing
P.O. Box 23038
Columbus, Georgia 31902-3038

**Information on record as of: 2:52:54 PM**

**Entity Control No. J515445**          **Amount Due: $50.00**          **Amount Due AFTER June 1, 2014: $50.00**

KELLEY & LOVETT, P.C.
PO BOX 70879
ALBANY, Georgia 31708-0879

**Each business entity registered or filed with the Office of Secretary of State is required to file an annual registration.** Amount due for this entity is indicated above and below on the remittance form. Annual fee is $50. If amount is more than$50 , the total reflects amount(s) due from previous year(s) and any applicable late fee(s). **Renew by April 1,2013** Your Annual Registration must be postmarked by June 1,2014. If your registration and payment are not postmarked by June 1,2014, you will be assessed a $25.00 late filing penalty fee.

For faster processing, we invite you to file your Annual Registration online with a credit card at Http://www.sos.ga.gov/corporations/ The Corporations Division accepts Visa, MC, Discover, American Express and ATM/Debit Cards with the Visa or MC logo for online filings only. Annual Registrations not processed online require payment with a check, certified bank check or money orde**r. We cannot accept cash for payment.**

You may mail your registration in by submitting the bottom portion of this remittance with a check or money order payable to "Secretary of S t a t e " . **All checks must be pre-printed with a complete address in order to be accepted by our offices for your filing. Absolutely, no counter or starter checks will be accepted. Failure to adhere to these guidelines will delay or possibly reject your filing.** Checks that are dishonored by your bank are subject to a $30.00 NSF charge. Failure to honor your payment could result in a civil suit filed against you and/or your entity may be Administratively Dissolved by the Secretary of State. [See O.C.G.A. § 13-6-15 and Title 14, respectively.]

Officer, address and Agent information currently of record is listed below. Please verify "county of registered office." If correct and complete, detach bottom portion, sign, and return with payment. Or, enter changes as needed and submit. Complete each line, even if the same individual serves as Chief Executive Officer, Chief Financial Officer, and Secretary of the corporation.
**Note: Registered Agent address must be a street address in Georgia where the agent may be served personally. A mail drop or P.O. Box does not comply with Georgia law for registered office. P.O. Boxes may be used for principal office and officers'addresses.**

Any person authorized by the entity to do so may sign and file registration (including online filing). Additionally, a person who signs a document submits an electronic filing he or she knows is false in any material respect with the intent that the document be delivered to the Secretary of State for filing shall be guilty of a misdemeanor and, upon conviction thereof, shall be punished to the highest degree permissible by law. [O.C.G.A. § 14-2-129.]

Please return ONLY the original form below and applicable fee(s). For more information on Annual Registrations or to file online, visit
Http://www.sos.ga.gov/corporations/ Or, call 404-656-2817.

| CORPORATION NAME | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|
| KELLEY & LOVETT, P.C. | PO BOX 70879 | ALBANY | GA | 31708-0879 |
| CEO: WALTER W KELLEY | 2539 LAFAYETTE PLAZA DR | ALBANY | Georgia | 31708 |
| CFO: WALTER W KELLEY | 2539 LAFAYETTE PLAZA DR | ALBANY | Georgia | 31708 |
| SEC: THOMAS D LOVETT | 2539 LAFAYETTE PLAZA DR | ALBANY | Georgia | 31708 |

**THE ABOVE INFORMATION HAS BEEN UPDATED TO:**

| CORPORATION NAME | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|
| KELLEY & LOVETT, P.C. | PO BOX 70879 | ALBANY | Georgia | 31708-0879 |
| CEO: WALTER W KELLEY | 2539 LAFAYETTE PLAZA DR | ALBANY | Georgia | 31708 |
| CFO: WALTER W KELLEY | 2539 LAFAYETTE PLAZA DR | ALBANY | Georgia | 31708 |
| SEC: THOMAS D LOVETT | 2539 LAFAYETTE PLAZA DR | ALBANY | Georgia | 31708 |

| AGT: JOHN MCDUFFY | 2303 DAWSON ROAD | ALBANY | Georgia | 31707 |
|---|---|---|---|---|
| I CERTIFY THAT I AM AUTHORIZED TO SIGN THIS FORM AND THAT THE INFORMATION IS TRUE AND CORRECT. | P.O. BOX NOT ACCEPTABLE FOR REGISTERED AGENT'S ADDRESS | COUNTY OF REGISTERED OFFICE: | Dougherty County | |
| AUTHORIZED SIGNATURE:   WALTER KELLEY | | Date:6/3/2014 2:52:53 PM | Total Due: | |
| Title:Attorney-in-Fact | Email: | | **$50.00** | |

BR201 2013 Corporation Annual Registration

144  J515445%8  0050009  KELLEYL0VETTPC0000007  201406013  0075000

|  | Secretary of State<br>Control No.: J515445<br>Date Filed:5/20/2014 1:10:53 PM |
|---|---|

**STATE OF GEORGIA**
**2014 Corporation Annual Registration**

OFFICE OF THE SECRETARY OF STATE
Annual Registration Filing
P.O. Box 23038
Columbus, Georgia 31902-3038

**Brian P. Kemp**
**Secretary of State**

**Information on record as of: 1:10:54 PM**

**Entity Control No. J515445**     **Amount Due: $50.00**     **Amount Due AFTER June 1, 2014: $75.00**

KELLEY & LOVETT, P.C.
PO BOX 70879
ALBANY, Georgia 31708-0879

**Each business entity registered or filed with the Office of Secretary of State is required to file an annual registration.** Amount due for this entity is indicated above and below on the remittance form. Annual fee is $50. If amount is more than$50 , the total reflects amount(s) due from previous year(s) and any applicable late fee(s). **Renew by April 1,2013** Your Annual Registration must be postmarked by June 1,2014. If your registration and payment are not postmarked by June 1,2014, you will be assessed a $25.00 late filing penalty fee.

For faster processing, we invite you to file your Annual Registration online with a credit card at Http://www.sos.ga.gov/corporations/ The Corporations Division accepts Visa, MC, Discover, American Express and ATM/Debit Cards with the Visa or MC logo for online filings only. Annual Registrations not processed online require payment with a check, certified bank check or money orde**r. We cannot accept cash for payment.**

You may mail your registration in by submitting the bottom portion of this remittance with a check or money order payable to "Secretary of S t a t e " . **All checks must be pre-printed with a complete address in order to be accepted by our offices for your filing. Absolutely, no counter or starter checks will be accepted. Failure to adhere to these guidelines will delay or possibly reject your filing.** Checks that are dishonored by your bank are subject to a $30.00 NSF charge. Failure to honor your payment could result in a civil suit filed against you and/or your entity may be Administratively Dissolved by the Secretary of State. [See O.C.G.A. § 13-6-15 and Title 14, respectively.]

Officer, address and Agent information currently of record is listed below. Please verify "county of registered office." If correct and complete, detach bottom portion, sign, and return with payment. Or, enter changes as needed and submit. Complete each line, even if the same individual serves as Chief Executive Officer, Chief Financial Officer, and Secretary of the corporation.
**Note: Registered Agent address must be a street address in Georgia where the agent may be served personally. A mail drop or P.O. Box does not comply with Georgia law for registered office. P.O. Boxes may be used for principal office and officers'addresses.**

Any person authorized by the entity to do so may sign and file registration (including online filing). Additionally, a person who signs a document submits an electronic filing he or she knows is false in any material respect with the intent that the document be delivered to the Secretary of State for filing shall be guilty of a misdemeanor and, upon conviction thereof, shall be punished to the highest degree permissible by law. [O.C.G.A. § 14-2-129.]

Please return ONLY the original form below and applicable fee(s). For more information on Annual Registrations or to file online, visit
Http://www.sos.ga.gov/corporations/ Or, call 404-656-2817.

| CORPORATION NAME | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|
| KELLEY & LOVETT, P.C. | PO BOX 70879 | ALBANY | GA | 31708-0879 |
| CEO: WALTER W KELLEY | 2539 LAFAYETTE PLAZA DR | ALBANY | Georgia | 31708 |
| CFO: WALTER W KELLEY | 2539 LAFAYETTE PLAZA DR | ALBANY | Georgia | 31708 |
| SEC: THOMAS D LOVETT | 2539 LAFAYETTE PLAZA DR | ALBANY | Georgia | 31708 |

**THE ABOVE INFORMATION HAS BEEN UPDATED TO:**

| CORPORATION NAME | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|
| KELLEY & LOVETT, P.C. | PO BOX 70879 | ALBANY | Georgia | 31708-0879 |
| CEO: WALTER W KELLEY | 2539 LAFAYETTE PLAZA DR | ALBANY | Georgia | 31708 |
| CFO: WALTER W KELLEY | 2539 LAFAYETTE PLAZA DR | ALBANY | Georgia | 31708 |
| SEC: THOMAS D LOVETT | 2539 LAFAYETTE PLAZA DR | ALBANY | Georgia | 31708 |

| AGT: JOHN MCDUFFY | 2303 DAWSON ROAD | ALBANY | Georgia | 31707 |
|---|---|---|---|---|

| I CERTIFY THAT I AM AUTHORIZED TO SIGN THIS FORM AND THAT THE INFORMATION IS TRUE AND CORRECT. | P.O. BOX NOT ACCEPTABLE FOR REGISTERED AGENT'S ADDRESS | COUNTY OF REGISTERED OFFICE: | Dougherty County | |
|---|---|---|---|---|
| AUTHORIZED SIGNATURE:   WALTER KELLEY | | Date:5/20/2014 1:10:53 PM | Total Due: | |
| Title:Attorney-in-Fact | Email: | | **$50.00** | |

BR201 2013 Corporation Annual Registration

144 J515445%8 0050009 KELLEYL0VETTPC0000007 201406013 0075000

**Brian P. Kemp**
**Secretary of State**

# STATE OF GEORGIA
## 2013 Corporation Annual Registration

OFFICE OF THE SECRETARY OF STATE
Annual Registration Filing
P.O. Box 23038
Columbus, Georgia 31902-3038

**Information on record as of: 3:07:38 PM**

**Entity Control No. J515445**         **Amount Due: $50.00**         **Amount Due AFTER June 1, 2013: $75.00**

KELLEY & LOVETT, P.C.
PO BOX 70879
ALBANY, Georgia 31708-0879

**Each business entity registered or filed with the Office of Secretary of State is required to file an annual registration.** Amount due for this entity is indicated above and below on the remittance form. Annual fee is $50. If amount is more than$50 , the total reflects amount(s) due from previous year(s) and any applicable late fee(s). **Renew by April 1,2013** Your Annual Registration must be postmarked by June 1,2013. If your registration and payment are not postmarked by June 1,2013, you will be assessed a $25.00 late filing penalty fee.

For faster processing, we invite you to file your Annual Registration online with a credit card at Http://www.sos.ga.gov/corporations/ The Corporations Division accepts Visa, MC, Discover, American Express and ATM/Debit Cards with the Visa or MC logo for online filings only. Annual Registrations not processed online require payment with a check, certified bank check or money orde**r. We cannot accept cash for payment.**

You may mail your registration in by submitting the bottom portion of this remittance with a check or money order payable to "Secretary of S t a t e " . **All checks must be pre-printed with a complete address in order to be accepted by our offices for your filing. Absolutely, no counter or starter checks will be accepted. Failure to adhere to these guidelines will delay or possibly reject your filing.** Checks that are dishonored by your bank are subject to a $30.00 NSF charge. Failure to honor your payment could result in a civil suit filed against you and/or your entity may be Administratively Dissolved by the Secretary of State. [See O.C.G.A. § 13-6-15 and Title 14, respectively.]

Officer, address and Agent information currently of record is listed below. Please verify "county of registered office." If correct and complete, detach bottom portion, sign, and return with payment. Or, enter changes as needed and submit. Complete each line, even if the same individual serves as Chief Executive Officer, Chief Financial Officer, and Secretary of the corporation.
**Note: Registered Agent address must be a street address in Georgia where the agent may be served personally. A mail drop or P.O. Box does not comply with Georgia law for registered office. P.O. Boxes may be used for principal office and officers'addresses.**

Any person authorized by the entity to do so may sign and file registration (including online filing). Additionally, a person who signs a document submits an electronic filing he or she knows is false in any material respect with the intent that the document be delivered to the Secretary of State for filing shall be guilty of a misdemeanor and, upon conviction thereof, shall be punished to the highest degree permissible by law. [O.C.G.A. § 14-2-129.]

Please return ONLY the original form below and applicable fee(s). For more information on Annual Registrations or to file online, visit Http://www.sos.ga.gov/corporations/ Or, call 404-656-2817.

| BUSINESS NAME | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|
| : THOMAS D LOVETT | 2539 LAFAYETTE PLAZA DR | ALBANY | Georgia | 31708 |
| : WALTER W KELLEY | 2539 LAFAYETTE PLAZA DR | ALBANY | Georgia | 31708 |
| : WALTER W KELLEY | 2539 LAFAYETTE PLAZA DR | ALBANY | Georgia | 31708 |

**THE ABOVE INFORMATION HAS BEEN UPDATED TO:**

| BUSINESS NAME | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|
| KELLEY & LOVETT, P.C. | PO BOX 70879 | ALBANY | Georgia | 31708-0879 |
| CEO: WALTER W KELLEY | 2539 LAFAYETTE PLAZA DR | ALBANY | Georgia | 31708 |
| CFO: WALTER W KELLEY | 2539 LAFAYETTE PLAZA DR | ALBANY | Georgia | 31708 |
| SEC: THOMAS D LOVETT | 2539 LAFAYETTE PLAZA DR | ALBANY | Georgia | 31708 |

| AGT: JOHN MCDUFFY | 2303 DAWSON ROAD | ALBANY | Georgia | 31707 |
|---|---|---|---|---|
| I CERTIFY THAT I AM AUTHORIZED TO SIGN THIS FORM AND THAT THE INFORMATION IS TRUE AND CORRECT. | P.O. BOX NOT ACCEPTABLE FOR REGISTERED AGENT'S ADDRESS | COUNTY OF REGISTERED OFFICE: | Dougherty County | |
| AUTHORIZED SIGNATURE:   WALTER KELLEY | | Date:5/1/2013 3:07:35 PM | Total Due: | |
| Title:Attorney-in-Fact | Email: | | $50.00 | |

BR201 2013 Corporation Annual Registration

```
135 J515445%8 0050009 KELLEYLOVETTPC0000007 201306014 0075000
```

| | Control No: J515445 |
|---|---|
| | Date Filed: 03/30/2012 01:03 PM |
| | Brian P. Kemp |
| | Secretary of State |

# STATE OF GEORGIA
## 2012 Corporation Annual Registration

**OFFICE OF SECRETARY OF STATE**
Annual Registration Filings
P.O. Box 23038
Columbus, Georgia 31902-3038

**Brian P. Kemp**
**Secretary of State**

**Information on record as of: 3/30/2012**

**Entity Control No. J515445**        **Amount Due: $50.00**        **Amount Due AFTER April 1, 2012: $75.00**

KELLEY & LOVETT, P.C.
PO BOX 70879
ALBANY, GA 31708-0879

Each business entity registered or filed with the Office of Secretary of State is required to file an annual registration.   Amount due for this entity is indicated above and below on the remittance form.  Annual fee is $50.  If amount is more than $50, the total reflects amount(s) due from previous year(s) and any applicable late fee(s).   **Renew by April 1, 2012**.  Your Annual Registration must be postmarked by April 1, 2012.  If your registration and payment are not postmarked by April 1, 2012, you will be assessed a $25.00 late filing penalty fee.

For faster processing, we invite you to file your Annual Registration online with a credit card at www.georgiacorporations.org.  The Corporations Division accepts Visa, MC, Discover, American Express and ATM/Debit Cards with the Visa or MC logo for online filings only. Annual Registrations not processed online require payment with a check, certified bank check or money order.   **We cannot accept cash for payment.**

You may mail your registration in by submitting the bottom portion of this remittance with a check or money order payable to "Secretary of State".   **All checks must be pre-printed with a complete address in order to be accepted by our offices for your filing.  Absolutely, no counter or starter checks will be accepted.  Failure to adhere to these guidelines will delay or possibly reject your filing.**   Checks that are dishonored by your bank are subject to a $30.00 NSF charge.  Failure to honor your payment could result in a civil suit filed against you and/or your entity may be Administratively Dissolved by the Secretary of State. [See O.C.G.A. § 13-6-15 and Title 14, respectively.]

Officer, address and Agent information currently of record is listed below.  Please verify "county of registered office."  If correct and complete, detach bottom portion, sign, and return with payment.  Or, enter changes as needed and submit.  Complete each line, even if the same individual serves as Chief Executive Officer, Chief Financial Officer, and Secretary of the corporation.

**Note: Registered Agent address must be a street address in Georgia where the agent may be served personally. A mail drop or P.O. Box does not comply with Georgia law for registered office.  P.O. Boxes may be used for principal office and officers' addresses.**

Any person authorized by the entity to do so may sign and file registration (including online filing).  Additionally, a person who signs a document submits an electronic filing he or she knows is false in any material respect with the intent that the document be delivered to the Secretary of State for filing shall be guilty of a misdemeanor and, upon conviction thereof, shall be punished to the highest degree permissible by law.  [O.C.G.A. § 14-2-129.]

Please return ONLY the original form below and applicable fee(s).  For more information on Annual Registrations or to file online, visit www.georgiacorporations.org.    Or, call 404-656-2817.  **PLEASE PRINT LEGIBLY.**

Current information printed below. Review and update as needed. Detach original coupon and return with payment.

| CORPORATION NAME | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|
| KELLEY & LOVETT, P.C. | PO BOX 70879 | ALBANY | GA | 31708 |
| CEO:    WALTER W KELLEY | 2539 LAFAYETTE PLAZA DR | ALBANY | GA | 31708 |
| CFO:    WALTER W KELLEY | 2539 LAFAYETTE PLAZA DR | ALBANY | GA | 31708 |
| SEC    THOMAS D LOVETT | 2539 LAFAYETTE PLAZA DR | ALBANY | GA | 31708 |
| AGT    JOHN MCDUFFY | 2303 DAWSON ROAD | ALBANY | GA | 31707 |
| **IF ABOVE INFORMATION HAS CHANGES, TYPE OR PRINT CORRECTIONS BELOW:** | | | | |
| CORPORATION ADDRESS: | | | | |
| CEO: | | | | |
| CFO: | | | | |
| SEC: | | | | |
| AGT: | | | GA | |
| I CERTIFY THAT I AM AUTHORIZED TO SIGN THIS FORM AND THAT THE INFORMATION IS TRUE AND CORRECT. | *P.O. BOX NOT ACCEPTABLE FOR REGISTERED AGENT'S ADDRESS* | COUNTY OF REGISTERED OFFICE:   DOUGHERTY | COUNTY CHANGE OR CORRECTION: | |
| AUTHORIZED SIGNATURE:  Susan Morgan | | DATE:    3/30/2012 | **Total Due:** | |
| TITLE:    Filer | EMAIL:    smorgan@kelleylovett.com | | **$50.00** | |

BR201 2012 Corporation Annual Registration

126 J515445%8 0050009 KELLEYLOVETTPC0000007 201204017 0050009

Control No: J515445
Date Filed: 03/09/2011 04:25 PM
Brian P. Kemp
Secretary of State

# STATE OF GEORGIA
## 2011 Corporation Annual Registration

OFFICE OF SECRETARY OF STATE
Annual Registration Filings
P.O. Box 23038
Columbus, Georgia 31902-3038

**Brian P. Kemp**
Secretary of State

**Chauncey Newsome**
Director

**Information on record as of: 3/9/2011**

**Entity Control No. J515445**    **Amount Due: $50.00**    **Amount Due AFTER April 1, 2011: $75.00**

KELLEY & LOVETT, P.C.
PO BOX 70879
ALBANY, GA 31708-0879

**Each business entity registered or filed with the Office of Secretary of State is required to file an annual registration.** Amount due for this entity is indicated above and below on the remittance form. Annual fee is $50. If amount is more than $50, the total reflects amount(s) due from previous year(s) and any applicable late fee(s). **Renew by April 1, 2011.** Your Annual Registration must be postmarked by April 1, 2011. If your registration and payment are not postmarked by April 1, 2011, you will be assessed a $25.00 late filing penalty fee.

For faster processing, we invite you to file your Annual Registration online with a credit card at www.georgiacorporations.org. The Corporations Division accepts Visa, MC, Discover, American Express and ATM/Debit Cards with the Visa or MC logo for online filings only. Annual Registrations not processed online require payment with a check, certified bank check or money order. **We cannot accept cash for payment.**

You may mail your registration in by submitting the bottom portion of this remittance with a check or money order payable to "Secretary of State". **All checks must be pre-printed with a complete address in order to be accepted by our offices for your filing. Absolutely, no counter or starter checks will be accepted.** Failure to adhere to these guidelines will delay or possibly reject your filing. Checks that are dishonored by your bank are subject to a $30.00 NSF charge. Failure to honor your payment could result in a civil suit filed against you and/or your entity may be Administratively Dissolved by the Secretary of State. [See O.C.G.A. § 13-6-15 and Title 14, respectively.]

Officer, address and Agent information currently of record is listed below. Please verify "county of registered office." If correct and complete, detach bottom portion, sign, and return with payment. Or, enter changes as needed and submit. Complete each line, even if the same individual serves as Chief Executive Officer, Chief Financial Officer, and Secretary of the corporation.

**Note: Registered Agent address must be a street address in Georgia where the agent may be served personally. A mail drop or P.O. Box does not comply with Georgia law for registered office. P.O. Boxes may be used for principal office and officers' addresses.**

Any person authorized by the entity to do so may sign and file registration (including online filing). Additionally, a person who signs a document submits an electronic filing he or she knows is false in any material respect with the intent that the document be delivered to the Secretary of State for filing shall be guilty of a misdemeanor and, upon conviction thereof, shall be punished to the highest degree permissible by law. [O.C.G.A. § 14-2-129.]

Please return ONLY the original form below and applicable fee(s). For more information on Annual Registrations or to file online, visit www.georgiacorporations.org. Or, call 404-656-2817. **PLEASE PRINT LEGIBLY.**

Current information printed below. Review and update as needed. Detach original coupon and return with payment.

| CORPORATION NAME | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|
| KELLEY & LOVETT, P.C. | PO BOX 70879 | ALBANY | GA | 31708 |
| CEO: WALTER W KELLEY | 2539 LAFAYETTE PLAZA DR | ALBANY | GA | 31708 |
| CFO: WALTER W KELLEY | 2539 LAFAYETTE PLAZA DR | ALBANY | GA | 31708 |
| SEC THOMAS D LOVETT | 2539 LAFAYETTE PLAZA DR | ALBANY | GA | 31708 |
| AGT JOHN MCDUFFY | 2303 DAWSON ROAD | ALBANY | GA | 31707 |

**IF ABOVE INFORMATION HAS CHANGES, TYPE OR PRINT CORRECTIONS BELOW:**

| CORPORATION ADDRESS: | | | | |
|---|---|---|---|---|
| CEO: | | | | |
| CFO: | | | | |
| SEC: | | | | |
| AGT: | | | GA | |
| I CERTIFY THAT I AM AUTHORIZED TO SIGN THIS FORM AND THAT THE INFORMATION IS TRUE AND CORRECT. | *P.O. BOX NOT ACCEPTABLE FOR REGISTERED AGENT'S ADDRESS* | COUNTY OF REGISTERED OFFICE: DOUGHERTY | COUNTY CHANGE OR CORRECTION: | |
| AUTHORIZED SIGNATURE: Susan Morgan | | DATE: 3/9/2011 4 | **Total Due:** | |
| TITLE: Filer | EMAIL: smorgan@kelleylovett.com | | **$50.00** | |

BR201 2011 Corporation Annual Registration

117 J515445%8 0050009 KELLEYLOVETTPC0000007 201104018 0050009

Control No: J515445
Date Filed: 02/10/2010 04:20 PM
Brian P. Kemp
Secretary of State

# STATE OF GEORGIA
## 2010 Corporation Annual Registration



**Brian P. Kemp**
Secretary of State

OFFICE OF SECRETARY OF STATE
Annual Registration Filings
P.O. Box 23038
Columbus, Georgia 31902-3038

**Chauncey Newsome**
Director

**Information on record as of: 2/10/2010**

**Entity Control No. J515445**          **Amount Due: $30.00**          **Amount Due AFTER April 1, 2010: $55.00**

KELLEY & LOVETT, P.C.
PO BOX 70879
ALBANY GA, 31708-0879

**Each business entity registered or filed with the Office of Secretary of State is required to file an annual registration.** Amount due for this entity is indicated above and below on the remittance form. Annual fee is $30. If amount is more than $30, the total reflects amount(s) due from previous year(s) and any applicable late fee(s). **Renew by April 1, 2010.** Your Annual Registration must be postmarked by April 1, 2010. If your registration and payment are not postmarked by April 1, 2010, you will be assessed a $25.00 late filing penalty fee.

For faster processing, we invite you to file your Annual Registration online with a credit card at www.georgiacorporations.org. The Corporations Division accepts Visa, MC, Discover, American Express and ATM/Debit Cards with the Visa or MC logo for online filings only. Annual Registrations not processed online require payment with a check, certified bank check or money order. **We cannot accept cash for payment.**

You may mail your registration in by submitting the bottom portion of this remittance with a check or money order payable to "Secretary of State". **All checks must be pre-printed with a complete address in order to be accepted by our offices for your filing. Absolutely, no counter or starter checks will be accepted.** Failure to adhere to these guidelines will delay or possibly reject your filing. Checks that are dishonored by your bank are subject to a $30.00 NSF charge. Failure to honor your payment could result in a civil suit filed against you and/or your entity may be Administratively Dissolved by the Secretary of State. [See O.C.G.A. § 13-6-15 and Title 14, respectively.]

Officer, address and Agent information currently of record is listed below. Please verify "county of registered office." If correct and complete, detach bottom portion, sign, and return with payment. Or, enter changes as needed and submit. Complete each line, even if the same individual serves as Chief Executive Officer, Chief Financial Officer, and Secretary of the corporation.

**Note: Registered Agent address must be a street address in Georgia where the agent may be served personally. A mail drop or P.O. Box does not comply with Georgia law for registered office. P.O. Boxes may be used for principal office and officers' addresses.**

Any person authorized by the entity to do so may sign and file registration (including online filing). Additionally, a person who signs a document submits an electronic filing he or she knows is false in any material respect with the intent that the document be delivered to the Secretary of State for filing shall be guilty of a misdemeanor and, upon conviction thereof, shall be punished to the highest degree permissible by law. [O.C.G.A. § 14-2-129.]

Please return ONLY the original form below and applicable fee(s). For more information on Annual Registrations or to file online, visit www.georgiacorporations.org. Or, call 404-656-2817. **PLEASE PRINT LEGIBLY.**

Current information printed below. Review and update as needed. Detach original coupon and return with payment.

| CORPORATION NAME | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|
| KELLEY & LOVETT, P.C. | PO BOX 70879 | ALBANY | GA | 31708 |
| CEO:   WALTER W KELLEY | 2539 LAFAYETTE PLAZA DR | ALBANY | GA | 31708 |
| CFO:   WALTER W KELLEY | 2539 LAFAYETTE PLAZA DR | ALBANY | GA | 31708 |
| SEC    THOMAS D LOVETT | 2539 LAFAYETTE PLAZA DR | ALBANY | GA | 31708 |
| AGT    JOHN MCDUFFY | 2303 DAWSON ROAD | ALBANY | GA | 31707 |
| IF ABOVE INFORMATION HAS CHANGES, TYPE OR PRINT CORRECTIONS BELOW: | | | | |
| CORPORATION ADDRESS: | | | | |
| CEO: | | | | |
| CFO: | | | | |
| SEC: | | | | |
| AGT: | | | GA | |

| I CERTIFY THAT I AM AUTHORIZED TO SIGN THIS FORM AND THAT THE INFORMATION IS TRUE AND CORRECT. | *P.O. BOX NOT ACCEPTABLE FOR REGISTERED AGENT'S ADDRESS* | COUNTY OF REGISTERED OFFICE:  DOUGHERTY | COUNTY CHANGE OR CORRECTION: |
|---|---|---|---|
| AUTHORIZED SIGNATURE: Susan Morgan | | DATE: 2/10/2010 | **Total Due:** |
| TITLE: Filer | EMAIL: | | $30.00 |

BR201 2010 Corporation Annual Registration

108  J515445⅍8  0030004  KELLEYLOVETTPC0000007  201004019  055004



# STATE OF GEORGIA
## 2009 Corporation Annual Registration

| Control No: J515445 |
| --- |
| Date Filed: 02/20/2009 10:28 AM |
| Karen C Handel |
| Secretary of State |

**Karen C Handel**
Secretary of State

OFFICE OF SECRETARY OF STATE
Annual Registration Filings
P.O. Box 23038
Columbus, Georgia 31902-3038

**Chauncey Newsome**
Director

**Entity Control No.** J515445

**Information on record as of:** 2/20/2009

KELLEY & LOVETT, P.C.
PO BOX 70879
ALBANY GA, 31708-0879

Amount due from this entity is indicated below. Annual fee is $30. If amount is more than $30, total reflects amount(s) due from previous year(s). **Renew by April 1, 2009**

Renew at www.georgiacorporations.org or by submitting bottom portion with check payable to "Secretary of State".

Officer, address and agent information currently of record is listed below. Please verify "county of registered office." If correct and complete, detach bottom portion, sign, and return with payment. Or, enter changes as needed and submit. Complete each line, even if the same individual serves as Chief Executive Officer, Chief Financial Officer and Secretary of the corporation. Please PRINT LEGIBLY.

**Note:** Agent address must be a street address in Georgia where the agent may be served personally. A mail drop or P.O. Box does not comply with Georgia law for registered office. P.O. Box may be used for principal office and officers.

Any person authorized by the entity to do so may sign and file registration (including online filing).

Please return ONLY the original form below and fee. Other filings and correspondence should be sent to our Atlanta address: Corporations Division, 315 West Tower, #2 Martin Luther King Jr. Drive, Atlanta, GA 30334.

Visit www.georgiacorporations.org to file online or for more information on annual registration. Or, call 404-656-2817.

**Current information printed below. Review and update as needed. Detach original coupon and return with payment.**

................................................................................................................................................

| CORPORATION NAME | ADDRESS | CITY | STATE | ZIP |
| --- | --- | --- | --- | --- |
| KELLEY & LOVETT, P.C. | PO BOX 70879 | ALBANY | GA | 31708 |
| CEO: WALTER W KELLEY | 2539 LAFAYETTE PLAZA DR | ALBANY | GA | 31708 |
| CFO: WALTER W KELLEY | 2539 LAFAYETTE PLAZA DR | ALBANY | GA | 31708 |
| SEC: THOMAS D LOVETT | 2539 LAFAYETTE PLAZA DR | ALBANY | GA | 31708 |
| AGT: JOHN MCDUFFY | 2303 DAWSON ROAD | ALBANY | GA | 31707 |

**IF ABOVE INFORMATION HAS CHANGED, TYPE OR PRINT CORRECTIONS BELOW:**

| Corporation Addr: | | | |
| --- | --- | --- | --- |
| CEO: | | | |
| CFO: | | | |
| SEC: | | | |
| AGT: | P.O. BOX NOT ACCEPTABLE | | GA |

| I CERTIFY THAT I AM AUTHORIZED TO SIGN THIS FORM AND THAT THE INFORMATION IS TRUE AND CORRECT. | COUNTY OF REGISTERED OFFICE: | COUNTY CHANGE OR CORRECTION: |
| --- | --- | --- |
| AUTHORIZED SIGNATURE: WALTER W KELLEY   DATE: 2/20/2009 | DOUGHERTY | |
| TITLE: Filer | | |

BR203 2009 Corporation Annual Registration

Amount Due: **$30.00**

091  J515445%8  0030004  KELLEYLOVETTPC0000007



# STATE OF GEORGIA
## 2008 Corporation Annual Registration

| Control No: J515445 |
|---|
| Date Filed: 03/07/2008 03:06 PM |
| Karen C Handel |
| Secretary of State |

**Karen C Handel**
Secretary of State

OFFICE OF SECRETARY OF STATE
Annual Registration Filings
P.O. Box 23038
Columbus, Georgia 31902-3038

**Entity Control No.** J515445    **Information on record as of:** 3/7/2008

KELLEY & LOVETTT, P.C.
PO BOX 70879
ALBANY GA, 31708-0879

Amount due from this entity is indicated below. Annual fee is $30. If amount is more than $30, total reflects amount(s) due from previous year(s). **Renew by April 1, 2008**

Renew at www.georgiacorporations.org or by submitting bottom portion with check payable to "Secretary of State".

Officer, address and agent information currently of record is listed below. Please verify "county of registered office." If correct and complete, detach bottom portion, sign, and return with payment. Or, enter changes as needed and submit. Complete each line, even if the same individual serves as Chief Executive Officer, Chief Financial Officer and Secretary of the corporation. Please PRINT LEGIBLY.

**Note:** Agent address must be a street address in Georgia where the agent may be served personally. A mail drop or P.O. Box does not comply with Georgia law for registered office. P.O. Box may be used for principal office and officers.

Any person authorized by the entity to do so may sign and file registration (including online filing).

Please return ONLY the original form below and fee. Other filings and correspondence should be sent to our Atlanta address: Corporations Division, 315 West Tower, #2 Martin Luther King Jr. Drive, Atlanta, GA 30334.

Visit www.georgiacorporations.org to file online or for more information on annual registration. Or, call 404-656-2817.

**Current information printed below. Review and update as needed. Detach original coupon and return with payment.**

| CORPORATION NAME | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|
| KELLEY & LOVETTT, P.C. | PO BOX 70879 | ALBANY | GA | 31708 |
| CEO:  WALTER W KELLEY | 2539 LAFAYETTE PLAZA DR | ALBANY | GA | 31708 |
| CFO:  WALTER W KELLEY | 2539 LAFAYETTE PLAZA DR | ALBANY | GA | 31708 |
| SEC:  THOMAS D LOVETT | 2539 LAFAYETTE PLAZA DR | ALBANY | GA | 31708 |
| AGT:  JOHN MCDUFFY | 2303 DAWSON ROAD | ALBANY | GA | 31707 |

**IF ABOVE INFORMATION HAS CHANGED, TYPE OR PRINT CORRECTIONS BELOW:**

| Corporation Addr: | | | |
|---|---|---|---|
| CEO: | | | |
| CFO: | | | |
| SEC: | | | |
| AGT: | P.O. BOX NOT ACCEPTABLE | | GA |

| I CERTIFY THAT I AM AUTHORIZED TO SIGN THIS FORM AND THAT THE INFORMATION IS TRUE AND CORRECT. | COUNTY OF REGISTERED OFFICE: | COUNTY CHANGE OR CORRECTION: |
|---|---|---|
| AUTHORIZED SIGNATURE: WALTER W KELLEY    DATE: 3/7/2008 3 | DOUGHERTY | |
| TITLE: Filer | | |

BR203 2008 Corporation Annual Registration    Amount Due: **$30.00**

```
082  J515445%8  0030004  KELLEYLOVETTTPC000002
```



**Control No: J515445**
Date Filed: 01/29/2007 12:45 PM
Karen C Handel
Secretary of State

# STATE OF GEORGIA
## 2007 Corporation Annual Registration

Karen C Handel
Secretary of State

OFFICE OF SECRETARY OF STATE
Annual Registration Filings
P.O. Box 23038
Columbus, Georgia 31902-3038

**Entity Control No.** J515445        **Information on record as of:** 1/29/2007

KELLEY & LOVETTT, P.C.
PO BOX 70879
ALBANY GA, 31708-0879

Amount due from this entity is indicated below.  Annual fee is $30.  If amount is more than $30, total reflects amount(s) due from previous year(s). **Renew by April 1, 2007**

Renew at www.georgiacorporations.org or by submitting bottom portion with check payable to "Secretary of State".

Officer, address and agent information currently of record is listed below. Please verify "county of registered office." If correct and complete, detach bottom portion, sign, and return with payment. Or, enter changes as needed and submit. Complete each line, even if the same individual serves as Chief Executive Officer, Chief Financial Officer and Secretary of the corporation. Please PRINT LEGIBLY.

**Note:** Agent address must be a street address in Georgia where the agent may be served personally. A mail drop or P.O. Box does not comply with Georgia law for registered office. P.O. Box may be used for principal office and officers.

Any person authorized by the entity to do so may sign and file registration (including online filing).

Please return ONLY the original form below and fee. Other filings and correspondence should be sent to our Atlanta address: Corporations Division, 315 West Tower, #2 Martin Luther King Jr. Drive, Atlanta, GA 30334.

Visit www.georgiacorporations.org to file online or for more information on annual registration. Or, call 404-656-2817.

**Current information printed below. Review and update as needed. Detach original coupon and return with payment.**

| CORPORATION NAME | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|
| KELLEY & LOVETTT, P.C. | PO BOX 70879 | ALBANY | GA | 31708 |
| CEO: WALTER W KELLEY | 2539 LAFAYETTE PLAZA DR | ALBANY | GA | 31708 |
| CFO: WALTER W KELLEY | 2539 LAFAYETTE PLAZA DR | ALBANY | GA | 31708 |
| SEC: THOMAS D LOVETT | 2539 LAFAYETTE PLAZA DR | ALBANY | GA | 31708 |
| AGT: JOHN MCDUFFY | 2303 DAWSON ROAD | ALBANY | GA | 31707 |

**IF ABOVE INFORMATION HAS CHANGED, TYPE OR PRINT CORRECTIONS BELOW:**

| Corporation Addr: | | | |
|---|---|---|---|
| CEO: | | | |
| CFO: | | | |
| SEC: | | | |
| AGT: | P.O. BOX NOT ACCEPTABLE | | GA |

| I CERTIFY THAT I AM AUTHORIZED TO SIGN THIS FORM AND THAT THE INFORMATION IS TRUE AND CORRECT. | COUNTY OF REGISTERED OFFICE: | COUNTY CHANGE OR CORRECTION: |
|---|---|---|
| AUTHORIZED SIGNATURE: WALTER W KELLEY    DATE: 1/29/2007 | DOUGHERTY | |
| TITLE: Filer | | |

BR203 2007 Corporation Annual Registration        Amount Due: **$30.00**

073 J515445%8 0030004 KELLEYLOVETTTPC000002

**Secretary of State**
**Business Services and Regulation**
Suite 315, West Tower
2 Martin Luther King Jr. Dr.
Atlanta, Georgia 30334-1530

TRANSACTION NUMBER: 91123226
CONTROL NUMBER    : 8515443
DATE INCORPORATED : 12/10/84
DATE AMENDED      : 05/03/91
EXAMINER          : SANDRA SNOW
TELEPHONE         : 404-656-2821

REQUESTED BY:

HALL, MOORHEAD & GARVEY/M. HALL
314 RESIDENCE AVE.
ALBANY   GEORGIA   31701

## CERTIFICATE OF AMENDMENT

I, MAX CLELAND, Secretary of State and Corporations Commissioner of the State of Georgia do hereby certify, under the seal of my office, that the articles of incorporation of

"SALTER & KELLEY, P.C."

have been duly amended under the laws of the State of Georgia, changing its name to

"KELLEY & LOVETT, P.C."

by the filing of articles of amendment in the office of the Secretary of State and the fees therefor paid, as provided by law, and that attached hereto is a true and correct copy of said articles of amendment.

WITNESS, my hand and official seal, in the City of Atlanta and the State of Georgia on the date set forth below.

DATE: MAY 31, 1991

MAX CLELAND
SECRETARY OF STATE

VERLEY J. SPIVEY
DEPUTY SECRETARY OF STATE

SECURITIES
656-2894

CEMETERIES
656-3079

CORPORATIONS
656-2817

CORPORATIONS HOT-LINE
404-656-2222
Outside Metro-Atlanta

## ARTICLES OF AMENDMENT

## OF SALTER & KELLEY, P.C.

The Board of Directors and shareholders of SALTER & KELLEY, P.C., a corporation organized and existing under the laws of the State of Georgia, did on __4/30__, 1991, adopt a third amendment to the Articles of Incorporation of the Corporation as follows:

> Article I specifying the name of the corporation as "SALTER & KELLEY, P.C." is hereby deleted in its entirety and the following Article I is substituted in lieu thereof:
>
> ### "NAME
>
> The name of this Corporation is KELLEY & LOVETT, P.C."

This amendment was adopted by unanimous consent of the Board of Directors and by the vote of the holders of 500 shares, being all shares outstanding at the time of the vote thereon. The vote of a majority of shareholders entitled to vote is required in order to amend the Articles of Incorporation under Official Code of Georgia Section 14-2-1003. Therefore, the unanimous approval of the shareholders meets the legal requirements to approve the amendment.

IN WITNESS WHEREOF, SALTER & KELLEY, P.C., has caused these Articles of Amendment to be executed and its corporate seal to be affixed and has caused the foregoing to be attested all by

its duly authorized officers on this ___30___ day of ___April___, 1991.

        SALTER & KELLEY, P.C.

        By: _____
                     President

        Attest: _____
(CORPORATE SEAL)                 Secretary