Member Directory search

## Mr. Walter W. Kelley

Kelley Lovett & Blakey PC

2539 Lafayette Plaza Drive

PO Box 70879

Albany, GA 31707

| | |
|---|---|
| **Phone:** | (229) 888-9128 |
| **Fax:** | (229) 888-0966 |
| **Email:** | [wkelley@kelleylovett.com](mailto:wkelley@kelleylovett.com) |
| **Admit Date:** | 10/29/1979 |
| **Law School:** | Emory University |
| **Status:** | Active Member in Good Standing |

**Public Disciplinary History from January 1991 through December 2017:** None on Record

**Member of the following sections:**

- Bankruptcy

Click here for a list of status descriptions.

(Member statuses that are displayed above in red notate those members who are not permitted to practice law in Georgia.)

This site only includes information about an attorney's public disciplinary history from January 1991 through December 2017, with one exception - this site does show whether an attorney was disbarred at any time prior to December 2017. If an attorney has been suspended or disbarred and subsequently reinstated or readmitted, this site could show the membership status of the attorney as "in Good Standing." If you have any questions or would like information about an attorney's public disciplinary history, please contact the Office of the General Counsel at 404-527-8720.

Please check carefully to be sure that you have selected the correct attorney. Attorneys may have similar names.

All grievances, investigations of grievances and private discipline are confidential. As such, the State Bar of Georgia is not able to confirm or deny that a grievance has been filed against an attorney, that an attorney is being investigated for an alleged violation of the Georgia Rules of Professional Conduct, or that an attorney has received private discipline.

Every effort has been made to keep the information contained on this website accurate and current, but it is provided with no warranty of any kind. Neither the State Bar of Georgia, nor its Officers, Executive Committee or Board of Governors, nor any employee thereof may be held responsible for the accuracy of the data.

## Mr. Thomas Dozier Lovett

Kelley Lovett & Blakey PC

PO Box 1164

Valdosta, GA 31601

| | |
|---|---|
| **Phone:** | (229) 242-8838 |
| **Fax:** | (229) 242-1151 |
| **Email:** | [TLovett@kelleylovett.com](mailto:TLovett@kelleylovett.com) |
| **Admit Date:** | 11/03/1989 |
| **Law School:** | University of Florida |
| **Status:** | Active Member in Good Standing |
| **Public Disciplinary History from January 1991 through December 2017:** | None on Record |

**Member of the following sections:**

- Bankruptcy

[Click here for a list of status descriptions.](#)

(Member statuses that are displayed above in red notate those members who are not permitted to practice law in Georgia.)

This site only includes information about an attorney's public disciplinary history from January 1991 through December 2017, with one exception - this site does show whether an attorney was disbarred at any time prior to December 2017. If an attorney has been suspended or disbarred and subsequently reinstated or readmitted, this site could show the membership status of the attorney as "in Good Standing." If you have any questions or would like information about an attorney's public disciplinary history, please contact the Office of the General Counsel at 404-527-8720.

Please check carefully to be sure that you have selected the correct attorney. Attorneys may have similar names.

All grievances, investigations of grievances and private discipline are confidential. As such, the State Bar of Georgia is not able to confirm or deny that a grievance has been filed against an attorney, that an attorney is being investigated for an alleged violation of the Georgia Rules of Professional Conduct, or that an attorney has received private discipline.

Every effort has been made to keep the information contained on this website accurate and current, but it is provided with no warranty of any kind. Neither the State Bar of Georgia, nor its Officers, Executive Committee or Board of Governors, nor any employee thereof may be held responsible for the accuracy of the data.

# Mr. Francis Anthony Blakey

Kelley Lovett & Blakey PC

2539 Lafayette Plaza Drive

PO Box 70879

Albany, GA 31708

| | |
|---|---|
| **Phone:** | (229) 888-9128 |
| **Fax:** | (229) 888-0966 |
| **Email:** | tblakey@kelleylovett.com |
| **Admit Date:** | 10/28/1997 |
| **Law School:** | University of Georgia |
| **Status:** | Active Member in Good Standing |

**Public Disciplinary History from January 1991 through December 2017:**  None on Record

**Member of the following sections:**

- Bankruptcy

Click here for a list of status descriptions.

(Member statuses that are displayed above in red notate those members who are not permitted to practice law in Georgia.)

This site only includes information about an attorney's public disciplinary history from January 1991 through December 2017, with one exception - this site does show whether an attorney was disbarred at any time prior to December 2017. If an attorney has been suspended or disbarred and subsequently reinstated or readmitted, this site could show the membership status of the attorney as "in Good Standing." If you have any questions or would like information about an attorney's public disciplinary history, please contact the Office of the General Counsel at 404-527-8720.

Please check carefully to be sure that you have selected the correct attorney. Attorneys may have similar names.

All grievances, investigations of grievances and private discipline are confidential. As such, the State Bar of Georgia is not able to confirm or deny that a grievance has been filed against an attorney, that an attorney is being investigated for an alleged violation of the Georgia Rules of Professional Conduct, or that an attorney has received private discipline.

Every effort has been made to keep the information contained on this website accurate and current, but it is provided with no warranty of any kind. Neither the State Bar of Georgia, nor its Officers, Executive Committee or Board of Governors, nor any employee thereof may be held responsible for the accuracy of the data.

## Mr. Alexander Davis Sanders

Kelley Lovett & Blakey PC

577 Mulberry Street Suite 1515

Macon, GA 31201

| | |
|---|---|
| **Phone:** | (478) 841-9467 |
| **Fax:** | |
| **Email:** | asanders@kelleylovett.com |
| **Admit Date:** | 11/02/2006 |
| **Law School:** | Mercer University-W. George L.S. |
| **Status:** | Active Member in Good Standing |
| **Public Disciplinary History from January 1991 through December 2017:** | None on Record |

**Member of the following sections:**

- Bankruptcy

Click here for a list of status descriptions.

(Member statuses that are displayed above in red notate those members who are not permitted to practice law in Georgia.)

This site only includes information about an attorney's public disciplinary history from January 1991 through December 2017, with one exception - this site does show whether an attorney was disbarred at any time prior to December 2017. If an attorney has been suspended or disbarred and subsequently reinstated or readmitted, this site could show the membership status of the attorney as "in Good Standing." If you have any questions or would like information about an attorney's public disciplinary history, please contact the Office of the General Counsel at 404-527-8720.

Please check carefully to be sure that you have selected the correct attorney. Attorneys may have similar names.

All grievances, investigations of grievances and private discipline are confidential. As such, the State Bar of Georgia is not able to confirm or deny that a grievance has been filed against an attorney, that an attorney is being investigated for an alleged violation of the Georgia Rules of Professional Conduct, or that an attorney has received private discipline.

Every effort has been made to keep the information contained on this website accurate and current, but it is provided with no warranty of any kind. Neither the State Bar of Georgia, nor its Officers, Executive Committee or Board of Governors, nor any employee thereof may be held responsible for the accuracy of the data.

# Ms. Shanna Cody Aderhold

Kelley Lovett & Blakey PC

2539 Lafayette Plaza Drive

Albany, GA 31708

| | |
|---|---|
| **Phone:** | (229) 888-9128 |
| **Fax:** | (229) 888-0966 |
| **Email:** | [saderhold@kelleylovett.com](mailto:saderhold@kelleylovett.com) |
| **Admit Date:** | 06/21/2007 |
| **Law School:** | Mercer University-W. George L.S. |
| **Status:** | Active Member in Good Standing |

**Public Disciplinary History from January 1991 through December 2017:** None on Record

**Member of the following sections:**

- Bankruptcy

Click here for a list of status descriptions.

(Member statuses that are displayed above in red notate those members who are not permitted to practice law in Georgia.)

This site only includes information about an attorney's public disciplinary history from January 1991 through December 2017, with one exception - this site does show whether an attorney was disbarred at any time prior to December 2017. If an attorney has been suspended or disbarred and subsequently reinstated or readmitted, this site could show the membership status of the attorney as "in Good Standing." If you have any questions or would like information about an attorney's public disciplinary history, please contact the Office of the General Counsel at 404-527-8720.

Please check carefully to be sure that you have selected the correct attorney. Attorneys may have similar names.

All grievances, investigations of grievances and private discipline are confidential. As such, the State Bar of Georgia is not able to confirm or deny that a grievance has been filed against an attorney, that an attorney is being investigated for an alleged violation of the Georgia Rules of Professional Conduct, or that an attorney has received private discipline.

Every effort has been made to keep the information contained on this website accurate and current, but it is provided with no warranty of any kind. Neither the State Bar of Georgia, nor its Officers, Executive Committee or Board of Governors, nor any employee thereof may be held responsible for the accuracy of the data.

## Mr. Thomas Dozier Lovett III

Kelley Lovett Blakey & Sanders PC

2912 North Oak Street Suite B

PO Box 1164

Valdosta, GA 31603

| | |
|---|---|
| **Phone:** | (229) 242-8838 |
| **Fax:** | (229) 242-1151 |
| **Email:** | thomas.lovett@kelleylovett.com |
| **Admit Date:** | 11/13/2016 |
| **Law School:** | Barry University (Orlando) |
| **Status:** | Active Member in Good Standing |
| **Public Disciplinary History from January 1991 through December 2017:** | None on Record |

**Member of the following sections:**

- Bankruptcy

Click here for a list of status descriptions.

(Member statuses that are displayed above in red notate those members who are not permitted to practice law in Georgia.)

This site only includes information about an attorney's public disciplinary history from January 1991 through December 2017, with one exception - this site does show whether an attorney was disbarred at any time prior to December 2017. If an attorney has been suspended or disbarred and subsequently reinstated or readmitted, this site could show the membership status of the attorney as "in Good Standing." If you have any questions or would like information about an attorney's public disciplinary history, please contact the Office of the General Counsel at 404-527-8720.

Please check carefully to be sure that you have selected the correct attorney. Attorneys may have similar names.

All grievances, investigations of grievances and private discipline are confidential. As such, the State Bar of Georgia is not able to confirm or deny that a grievance has been filed against an attorney, that an attorney is being investigated for an alleged violation of the Georgia Rules of Professional Conduct, or that an attorney has received private discipline.

Every effort has been made to keep the information contained on this website accurate and current, but it is provided with no warranty of any kind. Neither the State Bar of Georgia, nor its Officers, Executive Committee or Board of Governors, nor any employee thereof may be held responsible for the accuracy of the data.