# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA

IN RE:   JOHN M. C. WOODRUFF,   §   CASE NUMBER: **17-70070-JTL**
   Debtor.   §
             §   CHAPTER 7

## DECLARATION OF DEBTOR JOHN WOODRUFF AMENDING HIS TESTIMONY GIVEN UPON EXAMINATION BY TRUSTEE

1. My name is John Woodruff and I am the Debtor in the above-styled matter.

2. I filed a *pro se* Chapter 7 bankruptcy petition on or about January 23, 2017.

3. I personally appeared before the Trustee on or about March 14, 2016 at the meeting of creditors for examination upon the record.

4. Specifically, I was asked if I anticipated receiving any inheritance and I answered that I did not.

5. My answer was truthful and complete but I am now personally knowledgeable of new information that necessitates amendment to avoid any appearance of deceit.

6. I was contacted on Monday, May 22, 2017 by the law firm of Dominick, Feld, and Hyde, P.C. advising me that I was a beneficiary to the estate of my paternal grandfather, Richard Shaul Woodruff who died on or about April 23, 2016.

7. I was further advised that probate had been opened in June 2016.

8. It also was made clear to me that my father and uncle had been frustrating and unnecessarily delaying resolution of the estate.

9. Furthermore, I attest that my father personally told me during the summer of 2016 that probate of my grandfather's estate had not commenced.

10. Prior to being contacted by Dominick, Feld, and Hyde, P.C., I had never seen any part of my grandfather's Will, and I had no direct personal knowledge of any inheritance provisions.

11. As of the date of this declaration, I have not received any devises or distributions of the estate. However, I understand that I am entitled to receive:

   a. a wood cabinet and its contents;

   b. various nineteenth-century books;

   c. an amateur stamp collection;

   d. $2,500 cash; and

   e. 2,575 shares of Southern Company common stock.

12. As to the personalty mentioned, I either have never seen said items or have not seen said items within the last fifteen or more years and I lack sufficient memory or knowledge to assess their value.

13. As to the common stock, there is a condition that the shares be retained for ten years, applying dividends received therefrom toward the repayment of student loans from my graduate studies.

14. At this time, no date has been established for settlement of the estate.

**IN ACCORDANCE WITH 28 U.S.C. § 1746, I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, UNDERSTANDING, AND/OR BELIEF. THIS DOCUMENT CONSISTS OF 459 WORDS.**

Executed this 28 day of May, 2017.

_____
John M. Woodruff, Ph.D.