November 29, 2017

Elizabeth Hardy, AUST
Office of The United States Trustee
440 Martin Luther King Jr, Blvd, Suite 302
Macon, GA 31201

DEAR MADAM ASSISTANT UNITED STATES TRUSTEE,

I wish to lodge this formal complaint against Chapter 7 Trustee <u>Walter W. Kelley</u>





[ CONTINUED NEXT PAGE ]







Respectfully submitted,

John M. Woodruff, Ph.D.

5237 MEADOW GARDEN LANE
BIRMINGHAM, ALABAMA 35242
JOHN@JOHNWOODRUFF.COM
TEL: 404-477-4652
FAX: 404-462-4089