# DOMINICK • FELD • HYDE, P.C.

1130 22nd Street South • Ridge Park, Suite 4000 • Birmingham, AL 35205
Phone: 205.536.8888 • Fax: 205.271.9696 • Web: www.dfhlaw.com

**Douglas L. McWhorter**
Telephone: 205.939.0033
E-mail: dmcwhorter@dfhlaw.com

October 11, 2017

Hon. Alan King
Jefferson County Probate Court
716 Richard Arrington, Jr. Blvd. North
Birmingham, AL 35203

   Re: *Estate of Richard S. Woodruff, deceased ("Decedent")*
     *Probate Case No. 2016-228823*

Dear Judge King:

  This firm represents Richard L. Woodruff, the Personal Representative of the above Estate.

  As you may recall, the Decedent's Will makes several devises to John Woodruff, who has filed bankruptcy in the Middle District of Georgia. This Court has already been served with notice of that bankruptcy.

  To determine the interests of John Woodruff under the Decedent's Will, we filed a Petition for Instructions which is scheduled to be heard by you on November 6, 2017, at 2:30 p.m.

  In addition to the probate proceedings, the Trustee in Bankruptcy sued Richard L. Woodruff as Personal Representative in the Bankrupty Court. All of the parties in the bankruptcy proceeding briefed the "probate exception," and it was orally argued on August 28, 2017.

  On August 29, 2017, I provided you with two Orders from the Bankruptcy Court. Those initial Orders are attached hereto as Exhibits 1 and 2.

  The Trustee in Bankruptcy then filed Motions to Reconsider, Amend or Make Additional Findings with respect to the Orders attached as Exhibits 1 and 2. After additional pleadings, briefs and a second oral argument on October 5, 2017, the Bankruptcy Court has issued ***two new Orders which are attached hereto as Exhibits 3 and 4.***

Hon. Alan King
October 11, 2017
Page 2 of 2

    Based on the foregoing, we request that the Court take into account all *four* of the attached Orders of the Bankruptcy Court when rendering your decision following the hearing on November 6, 2017.

                                          Very truly yours,

                                          Douglas L. McWhorter
                                          FOR THE FIRM

DLM/dbf
Enclosures

cc:    Mr. Richard L. Woodruff, Personal Representative (w/encls.)
       Robert Cornelius, Esq. (w/encls.)
       Mr. Michael Woodruff (w/encls.)
       Mr. John Woodruff (w/encls.)
       Mr. Walter W. Kelley, Trustee (w/encls.)
       Tom Lovett, Esq. (w/encls.)

Case 17-70070-JTL    Doc 137-8    Filed 12/11/17    Entered 12/11/17 22:56:54    Desc
Exhibit G    Page 3 of 10
Case 17-07012    Doc 38    Filed 10/03/17    Entered 10/03/17 13:25:49    De
Document    Page 13 of 22
Case 17-07012    Doc 29    Filed 08/28/17    Entered 08/29/17 11:00:29    Desc
Document    Page 1 of 2

EXHIBIT 1

**SO ORDERED.**

**SIGNED this 28 day of August, 2017.**

John T. Laney, III
**United States Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| In Re: | * | Case No. 17-70070-JTL |
| | * | |
| John Michael Christian Woodruff, | * | Chapter 7 |
| | * | |
| Debtor. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| Walter W. Kelley, Trustee | * | Adversary Proceeding |
| | * | |
| Plaintiff, | * | Case No. 17-7012 |
| | * | |
| v. | * | |
| | * | |
| Richard L. Woodruff, Personal | * | |
| Representative of Estate of Richard | * | |
| S. Woodruff and John Michael Christian | * | |
| Woodruff, | * | |
| | * | |
| Defendants. | * | |

**ORDER GRANTING IN PART TRUSTEE'S MOTION TO PRESERVE
BANKRUPTCY ESTATE'S INTEREST IN PROPERTY
DEVISED TO THE DEBTOR**

For the reasons announced from the bench at the time of the hearing on August 28, 2017,

Case 17-70070-JTL   Doc 137-8   Filed 12/11/17   Entered 12/11/17 22:56:54   Desc
Exhibit G   Page 4 of 10
Case 17-07012   Doc 38   Filed 10/03/17   Entered 10/03/17 13:25:49   Desc Main
Document   Page 14 of 22
Case 17-07012   Doc 29   Filed 08/28/17   Entered 08/29/17 11:00:29   Desc Main
Document   Page 2 of 2

the Court grants the Trustee's Motion and orders that Richard L. Woodruff, as personal representative of Estate of Richard S. Woodruff, turn over to the Trustee Walter W. Kelley, all property devised to the Debtor John Michael Christian Woodruff as that property is finally determined by the Probate Court of Jefferson County, Alabama.

The Motion is otherwise denied at this time.

END OF ORDER

Case 17-70070-JTL   Doc 137-8   Filed 12/11/17   Entered 12/11/17 22:56:54   Desc
Exhibit G   Page 5 of 10
Case 17-07012   Doc 38   Filed 10/03/17   Entered 10/03/17 13:25:49   Desc
Document   Page 15 of 22
Case 17-07012   Doc 30   Filed 08/28/17   Entered 08/29/17 11:05:28   Desc
Document   Page 1 of 2

**EXHIBIT 2**

**SO ORDERED.**

**SIGNED this 28 day of August, 2017.**

_____
John T. Laney, III
**United States Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| In Re: | * | Case No. 17-70070-JTL |
| | * | |
| John Michael Christian Woodruff, | * | Chapter 7 |
| | * | |
| Debtor. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| Walter W. Kelley, Trustee | * | Adversary Proceeding |
| | * | |
| Plaintiff, | * | Case No. 17-7012 |
| | * | |
| v. | * | |
| | * | |
| Richard L. Woodruff, Personal | * | |
| Representative of the Estate of Richard | * | |
| S. Woodruff and John Michael Christian | * | |
| Woodruff, | * | |
| | * | |
| Defendants. | * | |

**ORDER GRANTING MOTIONS TO DISMISS ADVERSARY PROCEEDINGS**

The above-captioned Motions came on for hearing before the Court as scheduled on

August 28, 2017. The Court heard argument of counsel and announced from the bench that it

Case 17-70070-JTL    Doc 137-8    Filed 12/11/17    Entered 12/11/17 22:56:54    Desc
Exhibit G    Page 6 of 10
Case 17-07012    Doc 38    Filed 10/03/17    Entered 10/03/17 13:25:49    Desc Main
Document    Page 16 of 22
Case 17-07012    Doc 30    Filed 08/28/17    Entered 08/29/17 11:05:28    Desc Main
Document    Page 2 of 2

found the probate exception to bankruptcy jurisdiction applicable to the Adversary Proceeding and therefore the Defendants' Motions to Dismiss pursuant to F.R.C.P. Rule 12(b)(6) are granted and the case is dismissed.

As an alternative holding, if for some reason the probate exception should not apply to some portion of the Complaint, the Court would abstain in favor of the Probate County of Jefferson County, Alabama.

END OF ORDER

**SO ORDERED.**

**SIGNED this 5 day of October, 2017.**

*/s/ John T. Laney*
John T. Laney, III
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| In Re: | * | Chapter 7 |
| | * | |
| John M. C. Woodruff, | * | Case No. 17-70070-JTL |
| | * | |
| Debtor. | * | |
| Walter W. Kelley, Trustee | * | |
| | * | |
| Plaintiff, | * | Case No. 17-07012 |
| | * | |
| v. | * | |
| | * | Adversary Proceeding |
| Richard L. Woodruff and | * | |
| John M. C. Woodruff, | * | |
| | * | |
| Defendants. | * | |

**ORDER GRANTING IN PART TRUSTEE'S MOTION FOR RECONSIDERATION**

The Court held a hearing on October 5, 2017. After hearing argument of counsel and the Pro Se Debtor the Court grants the Motion in part. The Court's Order on the Trustee's Motion to Preserve Bankruptcy Estate's Interest in Property Devised to the Debtor is changed as follows:

Added to the Order is this provision: *The Court reserves jurisdiction over any possible Motion for violation of this Order.*

END OF ORDER

**EXHIBIT 4**

**SO ORDERED.**

**SIGNED this 5 day of October, 2017.**

_____
John T. Laney, III
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| In Re: | * | Chapter 7 |
| | * | |
| John M. C. Woodruff, | * | Case No. 17-70070-JTL |
| | * | |
| Debtor. | * | |
| Walter W. Kelley, Trustee | * | |
| | * | |
| Plaintiff, | * | Case No. 17-07012 |
| | * | |
| v. | * | |
| | * | Adversary Proceeding |
| Richard L. Woodruff and | * | |
| John M. C. Woodruff, | * | |
| | * | |
| Defendants. | * | |

**ORDER GRANTING IN PART TRUSTEE'S MOTION TO RECONSIDER
ORDER DISMISSING ADVERSARY PROCEEDING**

The Court held a hearing on this Motion as scheduled on October 5, 2017. After argument of counsel and Pro Se Debtor, the Court announced additional findings of fact and conclusions of law from the bench as authorized by Bankruptcy Rule 7052. Based upon those

findings and conclusions, the Court modifies its prior Order as follows: the Court finds that 11 USC § 541(c)(1)(B) is a federal law which must be considered by, and applied to the extent applicable, by any court, federal or state. Additionally, the Court retains jurisdiction over this Adversary Proceeding to carry out the terms of the Order entered August 28, 2017 (Docket No. 29). Otherwise, the Court's Order (Docket No. 30) remains unchanged.

END OF ORDER