**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA**

| | | |
|---|---|---|
| IN RE:   JOHN M. C. WOODRUFF, Debtor. | §<br>§<br>§ | CASE NUMBER: **17-70070-JTL**<br><br>CHAPTER 7 |

### AMENDED NOTICE OF MOTION AND HEARING

DEBTOR JOHN WOODRUFF HAS FILED DOCUMENTS WITH THE COURT TO DISAPPROVE THE EMPLOYMENT OF KELLEY, LOVETT, BLAKEY & SANDERS, P.C. AND TO REMOVE TRUSTEE WALTER KELLEY.

**<u>YOUR RIGHTS MAY BE AFFECTED</u>. You should read these documents carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one. If not served with this notice in accordance with the Bankruptcy Code or the Federal Rules of Bankruptcy Procedure, a copy of the motion may be obtained upon written request to the Movant (identified below) or at the Clerk's office.**

If you do not want the court to grant the motion, or if you want the court to consider your views on the motion, then you or your attorney shall file with the court a written objection or response on or before **December 28, 2017** pursuant to FRBP 9006(f). If you are receiving this notice by mail, you may add 3 days to the response date stated above. The objection or response should be sent to:

> Clerk, U. S. Bankruptcy Court, Middle District of Georgia
> P. O. Box 1957, Macon, Georgia 31202
> (478) 752-3506

If an objection or response is filed, a hearing on the motion shall be held on **December 29, 2017 at 10:00AM in the United States Bankruptcy Court at 901 Front Avenue, One Arsenal Place, Columbus, GA 31902**. If you mail your response or objection to the court for filing, you shall send it early enough so the court will receive the objection or response on or before the response date stated above. Any response or objection shall also be served on the movant.

**If you or your attorney does not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting relief.**

This notice is sent by the undersigned this 11th day of December of 2017 pursuant to Local Bankruptcy Rule 9007-1.

s/ JOHN M. WOODRUFF, PH.D.
5237 MEADOW GARDEN LANE, BIRMINGHAM, ALABAMA 35242
JOHN@JOHNWOODRUFF.COM, TEL: (404) 477-4652, FAX: (404) 462-4089