**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA**

| | | |
|---|---|---|
| IN RE:   JOHN M. C. WOODRUFF, | § | CASE NUMBER: **17-70070-JTL** |
| Debtor. | § | |
| | § | CHAPTER 7 |

**CERTIFICATE OF SERVICE**

Debtor certifies that he has this 11th day of December 2017 served a copy of this filing—together with all memoranda, exhibits, attachments, and notices—upon the party or parties stated below. Pursuant to FRBP 9036, M.D. Ga. LBR 5005-4, FRCP 5(b), M.D. Ga. LR 5(b), FRAP 25, and 11th Cir. R. 25-3, the following party or parties are known to participate in electronic filing and will be served by and through THE COURT's electronic case filing and management system.

Thomas D. Lovett, Esq., on behalf of the fictitious entity
Kelley, Lovett, Blakey, & Sanders, P.C., Attorneys for Trustee
Post Office Box 1164, Valdosta, GA 31603
(229) 242-8838 • tlovett@kelleylovett.com

Walter W. Kelley, Esq., Chapter 7 Trustee
Post Office Box 70879, Albany, GA 31708
(229) 888-9128 • wkelley@kelleylovett.com

Elizabeth A. Hardy, Esq., Assistant United States Trustee
440 Martin Luther King, Jr. Blvd, Suite 302, Macon, GA 31201
(478) 752-3544 • ustp.region21.mc.ecf@usdoj.gov

The following party or parties not served by THE COURT's electronic systems have been served on this date by direct electronic mail, by telephonic facsimile, by personal delivery to a responsible party at the location stated, or by conveying the same through, and in the manner required by, the United States Postal Service, addressed as stated.

[ INTENTIONALLY BLANK ]

SO AFFIRMED,
s/ John Michael Woodruff