IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA

IN RE:  JOHN M. C. WOODRUFF,    §    CASE NUMBER: **17-70070-JTL**
Debtor.    §
    §    CHAPTER 7

**DEBTOR'S APPLICATION FOR LEAVE
TO FILE DOCUMENTS UNDER SEAL**

COMES NOW DEBTOR JOHN WOODRUFF in application for leave to file documents under seal. Wherefore:

1. Debtor has this day been served with Trustee's interrogatories and requests for admission that are privileged, materially scandalous, overly invasive, and/or so beyond the scope of the proceedings as to be wholly irrelevant.

2. THE COURT already permitted and ordered seal upon Trustee's similar filing(s) pursuant to FRBP 9018 (Doc 128).

3. THE COURT likewise made the audio record of the hearing on the same unavailable through PACER (Doc 129).

4. THE COURT, *sua sponte*, even questioned Trustee's counsel during said hearing as to how such matters were relevant to the bankruptcy proceeding.

5. Debtor wishes to apply for an order of protection as to certain privileged and/or scandalous matters and by necessity will need to exhibit Trustee's interrogatories and requests for admission.

6. Circumstances require that an order of protection be sought immediately due to the shortened time to respond.

7. Pursuant to FRBP 9013, FRCP 5, and FRCP 6, this application for leave to file documents under seal may granted *ex parte* as the relief requested has no adverse effect to the rights of any other party.

**THE FOREGOING CONSIDERED**, Debtor prays THE COURT enter the accompanying proposed order granting Debtor leave to file documents under seal.

RESPECTFULLY SUBMITTED,
s/ John Michael Woodruff

JOHN M. WOODRUFF, PH.D.
5237 MEADOW GARDEN LANE
BIRMINGHAM, ALABAMA 35242
JOHN@JOHNWOODRUFF.COM
TEL: (404) 477-4652
FAX: (404) 462-4089

# CERTIFICATE OF SERVICE

Debtor certifies that he has this 13th day of December 2017 served a copy of this filing—together with all memoranda, exhibits, attachments, and notices—upon the party or parties stated below. Pursuant to FRBP 9036, M.D. Ga. LBR 5005-4, FRCP 5(b), M.D. Ga. LR 5(b), FRAP 25, and 11th Cir. R. 25-3, the following party or parties are known to participate in electronic filing and will be served by and through THE COURT's electronic case filing and management system.

Thomas D. Lovett, Esq., on behalf of the fictitious entity
Kelley, Lovett, Blakey, & Sanders, P.C., Attorneys for Trustee
Post Office Box 1164, Valdosta, GA 31603
(229) 242-8838 • tlovett@kelleylovett.com

Walter W. Kelley, Esq., Chapter 7 Trustee
Post Office Box 70879, Albany, GA 31708
(229) 888-9128 • wkelley@kelleylovett.com

Elizabeth A. Hardy, Esq., Assistant United States Trustee
440 Martin Luther King, Jr. Blvd, Suite 302, Macon, GA 31201
(478) 752-3544 • ustp.region21.mc.ecf@usdoj.gov

The following party or parties not served by THE COURT's electronic systems have been served on this date by direct electronic mail, by telephonic facsimile, by personal delivery to a responsible party at the location stated, or by conveying the same through, and in the manner required by, the United States Postal Service, addressed as stated.

[ INTENTIONALLY BLANK ]

SO AFFIRMED,
s/ John Michael Woodruff

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA

| | | |
|---|---|---|
| IN RE:  JOHN M. C. WOODRUFF, Debtor. | § § § | CASE NUMBER: **17-70070-JTL** CHAPTER 7 |

## ORDER ON DEBTOR'S APPLICATION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL

THE COURT orders as follows:

1. Debtor's application for leave to file documents under seal is **GRANTED**.

END OF DOCUMENT