IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA

In re:                                                    :       BANKRUPTCY CASE
JOHN MICHAEL CHRISTIAN WOODRUFF,      :       NO. 17-70070-JTL
    Debtor.                                           :       Chapter 7 Proceeding

### NOTICE OF MOTION TO SELL STOCK SUBJECT TO LIENS AND OTHER CLAIMS

The Trustee in the above case, Walter Kelley ("Trustee") filed a motion to sell the bankruptcy estate's interest in 2,575 shares of common stock of The Southern Company ("*stock*"). The Southern Company is a publicly-held company. The stock is traded on the New York Stock Exchange. Based on the current value of the stock at $50.55 per share, the total value the stock is $130,166.25. The stock will be sold by the Trustee subject to liens and other claims for an amount equal to the price per share as quoted by the New York Stock Exchange on the sale closing date.

**YOUR RIGHTS MAY BE AFFECTED.** You should read these documents carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one. If not served with this notice in accordance with the Bankruptcy Code or the Federal Rules of Bankruptcy Procedure, a copy of the application may be obtained upon written request to counsel for the Movant (identified below) or at the Clerk's office.

If you do not want the court to grant the motion, or if you want the court to consider your views on the application, then you or your attorney shall file with the court a written objection or response on or before __1/11/2018__, pursuant to FRBP 9006(f). If you are receiving this notice by mail, you may add 3 days to the response date stated above. The objection or response should be sent to:
   Clerk, U. S. Bankruptcy Court, Middle District of Georgia
   P.O. Box 2147
   Columbus, GA 31902                    (706) 649-7837

If an objection or response is filed, a hearing on the application shall be held on: __February 28, 2018__, at 10:30 a.m., at the United States Bankruptcy Court, U.S. Post Office and Federal Building, 401 N. Patterson Street, Valdosta, Georgia 31601.

If you mail your response or objection to the court for filing, you shall send it early enough so the court will **receive** the objection or response on or before the response date stated above.

Any response or objection shall also be served on the movant.

If you or your attorney does not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting relief.

This notice is sent by the undersigned pursuant to LBR 9007.

This __21st__ day of December, 2017.

/s/ Thomas D. Lovett
THOMAS D. LOVETT (SBN 459571)
Attorney for Trustee
Kelley, Lovett, Blakey & Sanders, P.C.
Post Office Box 1164
Valdosta, Georgia 31603
(229) 242-8838
tlovett@kelleylovett.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA

| | | |
|---|---|---|
| In re: | : | BANKRUPTCY CASE |
| | : | |
| JOHN MICHAEL CHRISTIAN WOODRUFF, | : | NO. 17-70070-JTL |
| | : | |
| Debtor. | : | Chapter 7 Proceeding |

## CERTIFICATE OF SERVICE

I hereby certify that I have furnished a true copy of the **MOTION TO SELL BANKRUPTCY ESTATE'S INTEREST IN COMMON STOCK SUBJECT TO LIENS AND OTHER CLAIMS and NOTICE** to those listed below by either court's electronic mail system, regular electronic mail or by depositing the same in the United States Mail, in a properly addressed envelope with sufficient postage thereto affixed to insure delivery, this ㉑st day of December, 2017.

John Michael Christian Woodruff
VIA EMAIL: john@johnwoodruff.com

ELIZABETH A. HARDY
ASSISTANT U. S. TRUSTEE
Ustp.region21.mc.ecf@usdoj.gov

THOSE LISTED ON EXHIBIT 'A'
(served with a copy of the *Notice* only)

/s/ Thomas D. Lovett
Thomas D. Lovett
Attorney for Trustee

Alene Bowser, ANP-BC
2310 N Patterson St, Suite G
Valdosta, GA 31602-2500

Andrew D. Woods, DPM
Ankle & Foot Associates
1700 N Patterson St
Valdosta, GA 31602-2941

AT&T
c/o Bankruptcy
4331 Communications Dr, Floor 4W
Dallas, TX 75211-1300

Best Buy Credit Services
PO Box 688910
Des Moines, IA 50368-8910

Capital One Bank (USA), N.A.
P.O. Box 71083
Charlotte, NC 28272-1083

Carmen D. Booth, PMHCNS
2310 N Patterson St, Suite G
Valdosta, GA 31602-2500

CITIBANK
PO BOX 790034
ST LOUIS MO 63179-0034

Factor X Fitness/Winnersville Fitness
1711 Norman Drive
Valdosta, GA 31601-3575

GEORGIA DEPARTMENT OF REVENUE
COMPLIANCE DIVISION
ARCS BANKRUPTCY
1800 CENTURY BLVD NE SUITE 9100
ATLANTA GA 30345-3202

Georgia Power Company
1731 Norman Drive
Valdosta, GA 31601-3575

Green Trust Cash, LLC
PO Box 340
Hays, MT 59527-0340

Greenleaf/Acadia Healthcare
2217 Pineview Dr.
Valdosta, GA 31602-7316

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

PayPal Credit Svcs/ GECRB
PO Box 960080
Orlando, FL 32896-0080

Shawn Vandemark, M.D.
Vandemark Plastic Surgery
2310 N Patterson St, Suite G
Valdosta, GA 31602-2500

South Georgia Medical Center
P.O. Box 1727
Valdosta, GA 31603-1727

Southern Self Storage
3200 Inner Perimeter Rd.
Valdosta, GA 31602-1064

Spanish Mission Apartments
422 Connell Rd
Valdosta, GA 31602-1493

Therapy Center Valdosta, LLC
1811-B Green Circle
Valdosta, GA 31602-2784

U.S. Dept of Education
Aspire Resources, Inc.
PO Box 530308
Atlanta, GA 30353-0308

Wells Fargo Dealer Services
P.O. Box 25341
Santa Ana, CA 92799-5341

Wendy Vandemark, M.D.
Vandemark Psychiatry & Counseling
2310 N Patterson St, Suite G
Valdosta, GA 31602-2500

EXHIBIT "A"-Woodruff

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA

| | | |
|---|---|---|
| In re: | : | BANKRUPTCY CASE |
| | : | |
| JOHN MICHAEL CHRISTIAN WOODRUFF, | : | NO. 17-70070-JTL |
| | : | |
| Debtor. | : | Chapter 7 Proceeding |

## MOTION TO SELL BANKRUPTCY ESTATE'S INTEREST IN COMMON STOCK SUBJECT TO LIENS AND OTHER CLAIMS

COMES NOW Walter W. Kelley, Chapter 7 Trustee ("*Trustee*") and shows as follows:

-1-

This motion is filed under 11 U.S.C. §363 and Bankruptcy Rule 6004 and is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2)(A) and (O).

-2-

John Michael Christian Woodruff ("*Debtor*") filed a voluntary Chapter 7 petition on January 23, 2017.

-3-

The Debtor is entitled to receive 2,575 shares of common stock in The Southern Company ("*stock*"). The stock is property of the bankruptcy estate. Southern Company is a publicly-held company and the stock is traded on the New York Stock Exchange. The stock is identified by the symbol "SO" on the New York Stock Exchange. The current value of the stock is $50.55 per share which equals a total value of $130,166.25. The value of the stock fluctuates depending on the market.

-4-

The stock will be sold by the Trustee subject to liens and other claims for an amount equal to the price per share as quoted by the New York Stock Exchange on the sale closing date. The Trustee believes there are no liens or other claims.

-5-

Since the stock is are publicly held and may be sold on the open market, the Trustee believes that no sales commission will be paid or owed in connection with the sale.

WHEREFORE, THE TRUSTEE PRAYS FOR AN ORDER:

(a) authorizing the Trustee to sell the bankruptcy estate's interest in the stock subject to liens and other claims as described above; and

(b) for such other and further relief as the Court deems just and proper.

/s/ Thomas D. Lovett
Thomas D. Lovett
Attorney for Trustee
Kelley, Lovett, Blakey & Sanders, P.C.
Post Office Box 1164
Valdosta, Georgia 31603
(229) 242-8838
State Bar No. 459571
tlovett@kelleylovett.com