**SO ORDERED.**

**SIGNED this 2 day of January, 2018.**



_____
**John T. Laney, III
United States Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| In Re: | * | Chapter 7 |
| | * | |
| John Michael Christian Woodruff, | * | Case No. 17-70070-JTL |
| | * | |
| Debtor. | * | |

**ORDER DENYING DEBTOR'S MOTION TO COMPEL
TRUSTEE TO RESPOND TO INTERROGATORY NO. 6**

The above-captioned Motion came on for hearing before the Court as scheduled on December 29, 2017. After considering the Motion and hearing argument of counsel, the Court denies the Motion to Compel.

END OF ORDER