**SO ORDERED.**

**SIGNED this 22 day of October, 2018.**



_____
John T. Laney, III
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| In re: | * | |
| JOHN MICHAEL CHRISTIAN WOODRUFF, | * | CHAPTER 7 |
| Debtor, | * | Case Number: 17-70070-JTL |
| | * | |

_____

**ORDER DENYING THE DEBTOR'S
MOTION TO SET ASIDE, RECONSIDER OR RE-HEAR**

On September 27, 2018, the Debtor filed a Motion to Set Aside, Reconsider or Re-Hear ("the Motion") (Doc. No. 236). The Debtor sought reconsideration of all of the Court's orders entered between April 16 and August 29, 2018. Those orders include: (1) the Order Denying the Debtor's Motion for Turnover, Damages and Sanctions (Doc. No. 213); (2) the Order Granting the Trustee's Motion to Sell Estate Property (Doc. No. 217); (3) the Order Granting the Trustee's Application to Employ an Accountant for the Estate (Doc. No. 224); (4) the Order Granting the

Trustee's Objection to Proof of Claim No. 7 (Doc. No. 229); and (5) the Order Granting the Trustee's Application for Compensation (Doc. No. 232).[1]

The Debtor noticed a hearing to interested parties (Doc. No. 238). Walter Kelley, the Chapter 7 Trustee, opposed the Motion. On October 16, 2018, the Court held a hearing on the matter. Upon concluding, the Court took the matter under advisement. For the reasons explained in the corresponding Memorandum Opinion the Court determines that the Debtor failed to meet his burden of proof and, accordingly, denies the Motion. Additionally, at the conclusion of the hearing the Debtor requested that, if the Court was inclined to deny the Motion, the Hearing be continued so that he could present evidence. The Court also denies this request.

[END OF DOCUMENT]

---

[1] Upon questioning, the Debtor confirmed he did not seek reconsideration on the Order Authorizing the Trustee to Disburse Exempt Funds to the Debtor. (Doc. No. 225).