# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA

IN RE:  JOHN M. C. WOODRUFF,  §   CASE NUMBER: **17-70070-JTL**
Debtor.                        §
                               §   CHAPTER 7

## MOTION TO DELAY DISCHARGE

COMES NOW DEBTOR JOHN WOODRUFF in motion to delay discharge in the hereinstyled proceeding. Wherefore, Debtor states as follows:

1. Shortly before Thanksgiving, Debtor received laboratory confirmation of a genetic defect that he believes will compromise future earning potential.

2. Debtor further believes that this evidence could be sufficient to satisfy the *Brunner* standard (as adopted by the Eleventh Circuit in *In Re Cox*, 338 F.3d 1238, 1241 (2003)).

**WHEREFORE, THE FOREGOING CONSIDERED**, Debtor prays The Court enter an interim order delaying discharge and closure of this case until March 31, 2019.

RESPECTFULLY SUBMITTED,
s/ John Michael Woodruff

JOHN M. WOODRUFF, PH.D.
5237 MEADOW GARDEN LANE,
BIRMINGHAM, ALABAMA 35242
LEGAL@JOHNWOODRUFF.COM
TEL: (404) 477-4652
FAX: (229) 469-1207

# **CERTIFICATE OF SERVICE**

Debtor certifies that he has this <u>19th day of December 2018</u> served a copy of this filing—together with all memoranda, exhibits, attachments, and notices—upon the party or parties stated below. Pursuant to FRBP 9036, M.D. Ga. LBR 5005-4, FRCP 5(b), M.D. Ga. LR 5(b), FRAP 25, and 11th Cir. R. 25-3, the following party or parties are known to participate in electronic filing and will be served by and through THE COURT's electronic case filing and management system.

Thomas D. Lovett, Esq., on behalf of the fictitious entity
Kelley, Lovett, Blakey, & Sanders, P.C., Attorneys for Trustee
Post Office Box 1164, Valdosta, GA 31603
(229) 242-8838 • tlovett@kelleylovett.com

Walter W. Kelley, Esq., Chapter 7 Trustee
Post Office Box 70879, Albany, GA 31708
(229) 888-9128 • wkelley@kelleylovett.com

Elizabeth A. Hardy, Esq., Assistant United States Trustee
440 Martin Luther King, Jr. Blvd, Suite 302, Macon, GA 31201
(478) 752-3544 • ustp.region21.mc.ecf@usdoj.gov

The following party or parties not served by THE COURT's electronic systems have been served on this date by direct electronic mail, by telephonic facsimile, by personal delivery to a responsible party at the location stated, or by conveying the same through, and in the manner required by, the United States Postal Service, addressed as stated.

[ INTENTIONALLY BLANK ]

SO AFFIRMED,
<u>s/ John Michael Woodruff</u>

JOHN M. WOODRUFF, PH.D.
5237 MEADOW GARDEN LANE
BIRMINGHAM, ALABAMA 35242
LEGAL@JOHNWOODRUFF.COM
TEL: (404) 477-4652
FAX: (229) 469-1207