

**SO ORDERED.**

**SIGNED this 20 day of December, 2018.**

_____
**John T. Laney, III**
**United States Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| In Re: | * | Case No. 17-70070-JTL |
| | * | |
| John Michael Christian Woodruff, | * | Chapter 7 |
| | * | |
| Debtor. | * | |

**ORDER DENYING MOTION TO RECONSIDER OR VACATE**

This Motion (Docket No. 246) came on for hearing before the Court as scheduled on December 19, 2018. After hearing argument of counsel, the Court announced findings of fact and conclusions of law as authorized by Bankruptcy Rule 7052. Based upon those findings and conclusions, the Debtor's Motion to Reconsider is denied.

END OF ORDER