# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA

| | | |
|---|---|---|
| IN RE: JOHN M. C. WOODRUFF, Debtor. | § § § | CASE NUMBER: **17-70070-JTL** CHAPTER 7 |
| --- | | |
| JOHN WOODRUFF, Debtor-Movant v. Walter Kelley, Richard L. Woodruff Respondents | § § § § § § § § § | **CONTESTED MATTER** |

## MOTION FOR CONTEMPT

COMES NOW DEBTOR JOHN WOODRUFF in motion for contempt against Walter Kelley and Richard L. Woodruff. Wherefore, Debtor states as follows:

1. Debtor filed a Chapter 7 bankruptcy petition on January 23, 2017.

2. On May 22, 2017 Debtor was contacted by a Birmingham law firm advising Debtor that Debtor was a devisee of his grandfather's estate.

3. Debtor promptly informed Trustee of such newly discovered information and formally amended his 341 testimony (Doc 57-1).

4. Trustee Walter Kelley subsequently abandoned various devises (Doc 207, Doc 200) to wit, a breakfront cabinet and its contents.

1

5. Trustee Walter Kelley moved THE COURT to authority to sell other property devised to Debtor (Doc 209) which THE COURT granted (Doc 217) and which the trustee reported (Doc 220).

6. Said devises were sold to Debtor's uncle, Richard L. Woodruff, who is also the personal representative (executor) of the estate of Debtor's grandfather.

7. On March 16, 2019 Debtor received the abandoned devises of physical property at which time it was discovered that contents of the breakfront cabinet had been removed. It was later ascertained that said contents were removed by, and were in the possession of, Richard L. Woodruff.

8. Richard L. Woodruff has stated to Debtor and to Douglas McWhorter, Esq (attorney for the decedent estate) that the sale agreement between Trustee Walter Kelley and Richard L. Woodruff included contents removed from the breakfront cabinet.

9. Douglas McWhorter subsequently advised Trustee Walter Kelley of the Richard L. Woodruff's contentions concerning the scope of the sale, but as of the date of this motion for contempt, Trustee Walter Kelley has offered no rebuttal or denunciation of the claims made by Richard L. Woodruff.

10. Such sale, purchase, transfer, assignment, or incorporation of said contents exceeded the authority granted by THE COURT and contravened the trustee's abandonment, which, having received no objection for any party at

interest (nor any party not at interest such as Richard L. Woodruff), became final prior to or at the moment that The Court authorized the sale and purchase of non-abandoned property.

11. Debtor alleges that Walter Kelley and Richard L. Woodruff colluded to expand the terms of the sale of property beyond the parameters authorized by THE COURT, that such collusion unlawfully deprived Debtor of duly-exempted and abandoned property, that such conduct arises from a common nexus of fact properly within the bankruptcy court's jurisdiction, and that such conduct is properly the subject of contempt proceedings.

**WHEREFORE, THE FOREGOING CONSIDERED**, Debtor prays The Court convene contempt proceedings to investigate the facts and allegations contained herein.

RESPECTFULLY SUBMITTED,
s/ John Michael Woodruff

JOHN M. WOODRUFF, PH.D.
5237 MEADOW GARDEN LANE,
BIRMINGHAM, ALABAMA 35242
LEGAL@JOHNWOODRUFF.COM
TEL: (404) 477-4652
FAX: (229) 469-1207

# **CERTIFICATE OF SERVICE**

Debtor certifies that he has this 22nd day of April 2019 served a copy of this filing—together with all memoranda, exhibits, attachments, and notices—upon the party or parties stated below. Pursuant to FRBP 9036, M.D. Ga. LBR 5005-4, FRCP 5(b), M.D. Ga. LR 5(b), FRAP 25, and 11th Cir. R. 25-3, the following party or parties are known to participate in electronic filing and will be served by and through THE COURT's electronic case filing and management system.

Thomas D. Lovett, Esq., on behalf of the fictitious entity
Kelley, Lovett, Blakey, & Sanders, P.C., Attorneys for Trustee
Post Office Box 1164, Valdosta, GA 31603
(229) 242-8838 • tlovett@kelleylovett.com

Walter W. Kelley, Esq., Chapter 7 Trustee
Post Office Box 70879, Albany, GA 31708
(229) 888-9128 • wkelley@kelleylovett.com

Elizabeth A. Hardy, Esq., Assistant United States Trustee
440 Martin Luther King, Jr. Blvd, Suite 302, Macon, GA 31201
(478) 752-3544 • ustp.region21.mc.ecf@usdoj.gov

The following party or parties not served by THE COURT's electronic systems have been served on this date by direct electronic mail, by telephonic facsimile, by personal delivery to a responsible party at the location stated, or by conveying the same through, and in the manner required by, the United States Postal Service, addressed as stated.

Richard L. Woodruff
409 Leach Drive
Birmingham, AL 35213

SO AFFIRMED,
s/ John Michael Woodruff

JOHN M. WOODRUFF, PH.D.
5237 MEADOW GARDEN LANE
BIRMINGHAM, ALABAMA 35242
LEGAL@JOHNWOODRUFF.COM
TEL: (404) 477-4652
FAX: (229) 469-1207

4