**SO ORDERED.**

**SIGNED this 17 day of October, 2019.**



_____
John T. Laney, III
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| In Re: | * | Case No. 17-70070-JTL |
| | * | |
| John Michael Christian Woodruff, | * | Chapter 7 |
| | * | |
| Debtor. | * | |

**ORDER DENYING TRUSTEE'S MOTION FOR SANCTIONS
PURSUANT TO BANKRUPTCY RULE 9011**

The above-captioned Motion came on for hearing before the Court as scheduled on October 16, 2019. After hearing evidence and legal arguments, the Court announced findings of fact and conclusions of law from the bench as authorized by Bankruptcy Rule 7052. Based upon those findings and conclusions, the Motion is denied and no sanctions are awarded.

END OF ORDER